**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chatsworth Industrial Park, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **01-0791939** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5101 Vanalden Avenue**<br>**Tarzana, CA**<br>ZIPCODE **91356** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Chatsworth Industrial Park, Chatsworth, Canoga Park, CA** | ZIPCODE |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Chatsworth Industrial Park, LP** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Sharon Lynne Boyar** | Case Number: **1:97-Bk019054 KT** | Date Filed: **6/30/1997** |
|---|---|---|
| District: **Central District California San Fernando Valley Dvsn** | Relationship: **Principal** | Judge: **Thompson** |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chatsworth Industrial Park, LP** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Charles Shamash 178110**
**Caceres & Shamash, LLP**
**8200 Wilshire Boulevard, Suite 400**
**Beverly Hills, CA 90211-2409**
**(310) 205-3400  Fax: (310) 878-8308**
**cs@locs.com**

**December 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Sharon Lynne Boyar
Signature of Authorized Individual
**Sharon Lynne Boyar**
Printed Name of Authorized Individual
**Designated Party**
Title of Authorized Individual
**December 23, 2009**
Date

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **In Re Sharon Lynne Boyar 1:97-bk-19054 KT Chapter 11 filed 6/30/1997 discharged 1/25/1999 and closed 8/31/2001. Case confirmed and taken all the way through to final decree. Central District California San Fernando Valley Division Judge Thompson.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Beverly Hills, California.
Dated: December 23, 2009

_Sharon Lynne Boyar_
Debtor

_____
Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

## RESOLUTION AND ACTION BYWRITTEN CONSENT OF CHATSWORTH INDUSTRIAL PARK, LP

## AUTHORIZATION TO FILE CHAPTER 11 PETITION

The undersigned, being the President and Sole Shareholder of Boyar Management Corp. (99% General Partner) and Trustee of the Sharon Boyar Trust U/D/T 12/14/98, as amended 2/6/99, and as further amended on 4/9/03 (1% Limited Partner) authorized to act on behalf of Chatsworth Industrial Park, LP does hereby approve, adopt and ratify the following on behalf of Chatsworth Industrial Park, LP, as well as Boyar Management Corp. and the Sharon Boyar Trust :

**WHEREAS**, it has been determined that it is in the best interests of Chatsworth Industrial Park, LP to seek protection from its creditors under Chapter 11 of the Federal Bankruptcy code of the United States of America and this decision has been ratified this decision by all partners:

**IT IS THEREFORE RESOLVED**, that designated party, Sharon Lynne Boyar ("Designated Party") of Chatsworth Industrial Park, LP is hereby authorized and directed to do any and all acts reasonably necessary fo the filing and administration of a petition under Chapter 11 of the Federal Bankruptcy Law of the United States including, without limitation, the retention of counsel and other professionals to assist the Company in the preparation and filing of the necessary petition, schedules and related documents and to attend the proceedings commenced in connection therewith;

**RESOLVED FURTHER**, that the Designated Party of Chatsworth Industrial Park, LP is hereby authorized on behalf of Chatsworth Industrial Park, LP to verify said petition, schedules and related documents, and to represent the Company in all proceedings related thereto including entering into agreements on behalf of the Company.

## GENERAL RESOLUTION

Resolved, that the Designated Party of Chatsworth Industrial Park, LP is hereby authorized, directed and empowered and directed to execute and to do and perform, in the name and on behalf of Chatsworth Industrial Park, LP , such acts and to prepare, execute, acknowledge, verify, file, deliver and cause to be published such certificates, agreements, notices, reports, applications, instruments and documents, under a seal of Chatsworth Industrial Park, LP or otherwise, as she may deem necessary or desirable in his discretion to carry into effect the foregoing resolutions, such Designated Party's performance of any such actions to constitute conclusive evidence of such determination.

The execution of this consent shall constitute a written waiver of any notice required by the Operation Agreement/Corporate Minutes or other such bylaws for Boyar Management Corp., Sharon Boyar Trust or Chatsworth Industrial Park, LP under the California Corporations Code and the Partnership Agreement or Bylaws. Signature by facsimile or other electronic transmission

will have the same force and effect as if this consent had been originally signed. This consent shall be filed in the minute book of Boyar Management Corp., Sharon Boyar Trust and Chatsworth Industrial Park, LP and shall become a part of the records.

12-23-09    *[signature]*
Sharon Lynne Boyar
As President of Boyar Management Corp.

12-23-09    *[signature]*
Sharon Boyar
As Trustee of Sharon Boyar Trust

12-23-09    Accepted by:

*[signature]*
Sharon Boyar
Designated Party

**United States Bankruptcy Court**
**Central District of California**

IN RE: _____     Case No. _____

Chatsworth Industrial Park, LP              Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Mitchell J. Ezer, Esq.<br>Ezer Williamson LLP<br>21515 Hawthorne Boulevard, Ste 1150<br>Torrance, CA  90503 | | Attorneys Fees | Unliquidated Subject to Setoff | 30,300.00 |
| Piken Company<br>12725 Ventrura Boulevard, Ste A<br>Studio City, CA  91604 | | Services | Unliquidated Disputed | 25,000.00 |
| Ira Benjamin Katz, Esq.<br>1901 Avenue Of The Stars, Ste 1900<br>Los Angeles, CA  90067-6102 | | Attorneys Fees | Contingent Unliquidated Disputed Subject to Setoff | 10,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **December 23, 2009**    Signature: _/s/ Sharon Lynne Boyar_

**Sharon Lynne Boyar, Designated Party**

(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Central District of California

IN RE:                                                                                          Case No. _____

<u>Chatsworth Industrial Park, LP</u>                                              Chapter <u>11</u>
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **400.00/hr**

   Prior to the filing of this statement I have received ................................................ $ **19,000.00**

   Balance Due ........................................................................................................... $ **7,500.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]
   **NONE. I**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Any other services.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>  December 23, 2009  </u>                    /s/ Charles Shamash
            Date                                    Charles Shamash 178110
                                                    Caceres & Shamash, LLP
                                                    8200 Wilshire Boulevard, Suite 400
                                                    Beverly Hills, CA 90211-2409
                                                    (310) 205-3400  Fax: (310) 878-8308
                                                    cs@locs.com

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Charles Shamash<br>Charles Shamash, Esq.<br>Caceres & Shamash, LLP<br>8200 Wilshire Boulevard, Suite 400<br>Beverly Hills, California 90211<br>(310) 205-3400 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Chatsworth Industrial Park, L.P.<br><br><br><br><br>                                                                                       Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
*(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:

   Address of former Property Manager currently appears on Secretary of State Website.  Former manager was Jalmar Properties, and they were terminated January 2009 and litigation pending against them.  Jalmar address is 12121 Wilshire Boulevard, Suite 200 Los Angeles, CA  90025

2. Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

   5101 Vanalden Avenue, Tarzana CA  91356

3. Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

   5101 Vanalder Avnue, Tarzana CA  91356

4. Disclose the current business address(es) where the Debtor's books and records are located:

   Current Property Manager
   CBI Partners, Inc.
   21243 Ventura Boulevard, Suite 117 Woodland Hills, CA  91364

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-P**

| In re | Chatsworth Industrial Park, L.P. | | CHAPTER 11 |
|---|---|---|---|
| | | Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   Chatsworth Industrial Park
   21026 and 21040 Nordhoff Street
   9035 Independence Avenue
   21019, 21025 and 21045-51 Osborne Street

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   As stated in Paragraph 1, prior management company resigned in January 2009 and litigation is pending against it by the Debtor. Previously all mail had been sent in their care.

   Currently Debtor is using its own address which is the address used for Taxes and all other correspondence.

7. State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:

   Sharon Lynne Boyar
   5101 Vanalden Avenue, Tarzana, CA  91356-3907
   * President and sole shareholder of Boyar Management Corp. (general partner)
   * Trustee of Sharon Lynne Boyar Trust (limited partner)

8. Total number of attached pages of supporting documentation: _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the  23rd  day of  December          ,  2009 , at  Beverly Hills       , California.

Boyar Management Corp.
*Type Name of General Partner*

*Signature of Declarant*
Sharon Lynne Boyar

President of General Partner
*Title of Declarant (if any)*

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                      Case No. _____

<u>Chatsworth Industrial Park, LP</u>                                                      Chapter <u>11</u>
                        Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____<u>4</u> sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: <u>December 23, 2009</u>         Signature: _____
                                         Sharon Lynne Boyar, Designated Party                    Debtor

Date: _____          Signature: _____
                                                                                          Joint Debtor, if any

Date: <u>December 23, 2009</u>         Signature: _____
                                         Charles Shamash 178110                     Attorney (if applicable)

```
Chatsworth Industrial Park LP
5101 Vanalden Avenue
Tarzana, CA   91356


Caceres & Shamash LLP
8200 Wilshire Boulevard Suite 400
Beverly Hills, CA   90211-2409
```

```
CBI Partners Inc
21243 Ventura Boulevard Ste 117
Woodland Hills, CA  91364


Eresidentagent Inc
Agent For Jalmar Properties Inc
1801 Century Park East Ste 1250
Los Angeles, CA  90067


Franchise Tax Board
PO Box 1673
Sacramento, CA  95812-1673


Franchise Tax Board Bankruptcy Unit
PO Box 2952
Sacramento, CA  95812-2952


Franchise Tax Board Chief Counsel S
PO Box 1720 MS: A-260
Rancho Cordova, CA  95741-1720


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19144


Ira Benjamin Katz Esq
1901 Avenue Of The Stars Ste 1900
Los Angeles, CA  90067-6102


Jalmar Properties Inc
12121 Wilshire Boulevard Ste 301
Los Angeles, CA  90067
```

```
Key Bank
Bankruptcy Department
4910 Tiebeman Road 6th Floor
Brooklyn, OH   44144


Key Bank Real Estate Capital
PO Box 145404
Cincinnati, OH   45250


KeyBank
Acct# 01-0020484
911 Main Street Ste 1500
Kansas City, MO   64105


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA   90054-0018


Mitchell J Ezer Esq
Ezer Williamson LLP
21515 Hawthorne Boulevard Ste 1150
Torrance, CA   90503


Piken Company
12725 Ventrura Boulevard Ste A
Studio City, CA   91604


Sandi M Colabianchi Esq
Gordon & Rees LLP
275 Battery Stret Suite 2000
San Francisco, CA   94111


US Attorney Civil Process Clerk
300 N Los Angeles Rm 7516
Los Angeles, CA   90012
```

```
USDOJ Attorney General
PO Box 683 Ben Franklin Station
Washington, DC  20044
```