Joseph E. Caceres, Esq. (SBN 169164)
Charles Shamash, Esq. (SBN 178110)
Caceres & Shamash, LLP
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 205-3400
Facsimile: (310) 878-8308

Reorganization Counsel for Debtor and Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CHATSWORTH INDUSTRIAL PARK, LP,<br><br>Debtor and Debtor-In-Possession. | Case No. 1:09-bk-27368-MT<br><br>Chapter 11<br><br>NOTICE OF HEARING ON DEBTOR'S THIRD MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIODS<br><br>Date: February 10, 2011<br>Time: 9:30 a.m.<br>Ctrm: 302<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that a hearing shall take place at the above date and time on the Debtor's Third Motion for Order Extending Exclusivity Periods, as a Limited Objection thereto was filed by CSFB 2003-C4 Nordhoff Limited Partnership ("CSFB").

DATED: January 22, 2011

Respectfully Submitted,

CACERES & SHAMASH, LLP

By: /s/ Joseph E. Caceres
Joseph E. Caceres, Esq.
Charles Shamash, Esq.
Reorganization Counsel for Debtor and Debtor-In-Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211

The foregoing documents described as Notice of Hearing on Debtor's Third Motion for Order Extending Exclusivity Periods will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/24/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _______ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 01/24/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Personal Delivery:**
The Honorable Maureen A. Tighe, U.S. Bankruptcy Judge
United States Bankruptcy Court
21041 Burbank Blvd., Bin on 1st Floor outside entry to Clerk's Office
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/24/11 | Joseph E. Caceres | /s/ Joseph E. Caceres |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION:**

**SERVICE VIA NEF:**

Katherine Bunker kate.bunker@usdoj.gov
Joseph Caceres jec@locs.com, generalbox@locs.com
Sandi M Colabianchi scolabianchi@gordonrees.com
Ira Benjamin Katz Ikatz@katzlaw.net
Charles Shamash cs@locs.com, generalbox@locs.com
Valerie L Smith vsmith@gordonrees.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov