Joseph E. Caceres, Esq. (SBN 169164)
Charles Shamash, Esq. (SBN 178110)
Caceres & Shamash, LLP
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 205-3400
Facsimile: (310) 878-8308

Reorganization Counsel for Debtor and Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CHATSWORTH INDUSTRIAL PARK, LP,<br><br>Debtor and Debtor-In-Possession. | Case No. 1:09-bk-27368-MT<br><br>Chapter 11<br><br>NOTICE OF SUBMISSION OF PROJECTIONS FOR DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT<br><br><u>Disclosure Statement Hearing</u>:<br>Date: January 27, 2011<br>Time: 11:00 a.m.<br>Ctrm: 302<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

CHATSWORTH INDUSTRIAL PARK, LP ("Debtor") hereby submits its projections for its First Amended Disclosure Statement, to be part of Exhibit "B" thereto.

DATED: January 25, 2011

Respectfully Submitted,

CACERES & SHAMASH, LLP

By: /s/ Joseph E. Caceres
Joseph E. Caceres, Esq.
Charles Shamash, Esq.
Reorganization Counsel for Debtor and Debtor-In-Possession

# EXHIBIT B

**CIP PROJECTIONS - 2011**

| | | 2010 Monthly Averages | 2011 Monthly Projections | JAN. | FEB. | MAR. | APR. | MAY - Projected Eff. Date of Plan | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 89,612.19 | | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 |
| | Rent Abatement - new tenant beg. 1/1/11 | 0.00 | | 0.00 | -4,000.00 | -8,000.00 | -4,000.00 | -4,000.00 | -8,000.00 | -4,000.00 | -4,000.00 | -4,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL INCOME:** | | 89,612.19 | | 99,502.98 | 95,502.98 | 91,502.98 | 95,502.98 | 95,502.98 | 91,502.98 | 95,502.98 | 95,502.98 | 95,502.98 | 99,502.98 | 99,502.98 | 99,502.98 |
| | | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | 67,126.99 | | 67,127.00 | 67,127.00 | 67,127.00 | 67,127.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | 279.70 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 667.40 | | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| | Repairs & Maint. | 5,363.48 | | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | MNGT. Fees | 4,589.31 | | 4,975.15 | 4,979.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 |
| | Gardening Landscaping Cleaning | 2,000.00 | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| | Misc. | 1,135.94 | | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| | Commissions to CBI Partners re New Lease beg. 1/1/11 | 0.00 | | 8,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 2,992.94 | 0.00 | 0.00 | 0.00 |
| | PLAN PMTS.-UNSEC. CREDITORS | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | 81,162.82 | | 89,502.15 | 85,506.15 | 81,502.15 | 85,502.15 | 87,885.23 | 83,885.23 | 87,885.23 | 87,885.23 | 86,878.17 | 83,885.23 | 83,885.23 | 83,885.23 |
| | | | | | | | | | | | | | | | |
| **NET INCOME:** | | 8,449.37 | | 10,000.83 | 9,996.83 | 10,000.83 | 10,000.83 | 7,617.75 | 7,617.75 | 7,617.75 | 7,617.75 | 8,624.81 | 15,617.75 | 15,617.75 | 15,617.75 |

**1. Vacancy rate of almost 10% built in to above projections as one unit has not been paying (work performance, 21045 Osborne), notwithstanding that debtor will be trying to lease this unit and believes it eventually will.**

**2. First few months above include commissions to CBI partners, the debtor's court approved leasing broker. However, to the extent necessary to allow the debtor to cover expenses in any given month CBI will defer payments as necessary.**

**3. First few months above include rent abatements to the new tenant in Mar. and Jun. 2011 (full monthly rent), and in Feb., Apr., May, Jul., Aug. and Sept. 2011 (one-half abatement). The next, and last, abatement of rent will be in month 48 of the lease. (Full monthly rent.)**

**CIP PROJECTIONS 2012**

| | | 2012 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 |
| **TOTAL INCOME:** | | | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 |
| | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 |
| | Repairs & Maint. | 3.00% | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 |
| | MNGT. Fees | 3.00% | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 |
| | Misc. | 3.00% | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 |
| | | | | | | | | | | | | | | |
| **NET INCOME:** | | | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 |

**CIP PROJECTIONS 2013**

| | | 2013 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 |
| **TOTAL INCOME:** | | | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 |
| | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 |
| | Repairs & Maint. | 3.00% | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 |
| | MNGT. Fees | 3.00% | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 |
| | Misc. | 3.00% | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 |
| | | | | | | | | | | | | | | |
| **NET INCOME:** | | | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 |

**CIP PROJECTIONS 2014**

| | | 2014 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 |
| **TOTAL INCOME:** | | | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 |
| | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 |
| | Repairs & Maint. | 3.00% | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 |
| | MNGT. Fees | 3.00% | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 |
| | Misc. | 3.00% | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 |
| | | | | | | | | | | | | | | |
| **NET INCOME:** | | | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 |

**CIP PROJECTIONS 2015**

| | | 2015 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 |
| **TOTAL INCOME:** | | | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 |
| | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 |
| | Repairs & Maint. | 3.00% | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 |
| | MNGT. Fees | 3.00% | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 |
| | Misc. | 3.00% | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 |
| | | | | | | | | | | | | | | |
| **NET INCOME:** | | | 26,301.40 | 26,301.40 | 26,301.40 | 26,301.40 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211

The foregoing documents described as Notice of Submission of Projections for Debtor's First Amended Disclosure Statement will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/25/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ____________ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 01/25/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**PERSONAL DELIVERY:**
The Honorable Maureen A. Tighe, U.S. Bankruptcy Judge
United States Bankruptcy Court
21041 Burbank Blvd., Bin on 1st Floor outside entry to Clerk's Office
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/25/11 | Joseph E. Caceres | /s/ Joseph E. Caceres |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION:**

**SERVICE VIA NEF:**

Katherine Bunker kate.bunker@usdoj.gov
Joseph Caceres jec@locs.com, generalbox@locs.com
Sandi M Colabianchi scolabianchi@gordonrees.com
Ira Benjamin Katz Ikatz@katzlaw.net
Charles Shamash cs@locs.com, generalbox@locs.com
Valerie L Smith vsmith@gordonrees.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov