Joseph E. Caceres, Esq. (SBN 169164)
Charles Shamash, Esq. (SBN 178110)
Caceres & Shamash, LLP
8200 Wilshire Boulevard, Suite 400
Beverly Hills, California 90211
Telephone: (310) 205-3400
Facsimile: (310) 878-8308

Reorganization Counsel for
Debtor and Debtor-In-Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CHATSWORTH INDUSTRIAL PARK, LP,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor. | **Bk. No. 1:09-bk-27368-MT**<br><br>In a Case Under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101 et seq.)<br><br>**DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN**<br><br>**Disclosure Statement Hearing**<br><br>Date: January 27, 2011<br>Time: 11:00 a.m.<br>Ctrm: 302<br>     21041 Burbank Blvd.<br>     Woodland Hills, CA 91367<br><br>**Plan Confirmation Hearing**<br><br>Date: April 28, 2011<br>Time: 1:00 p.m.<br>Ctrm: 302<br>     21041 Burbank Blvd.<br>     Woodland Hills, CA 91367 |

//

//

**TABLE OF CONTENTS**

I.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . .   1
     A.   Purpose of This Document . . . . . . . . . .   1
     B.   Deadlines for Voting and Objecting; Date of Plan
          Confirmation Hearing . . . . . . . . . . . .   3
          1.   Time and Place of the Confirmation
               Hearing . . . . . . . . . . . . . . . .   3
          2.   Deadline for Voting For or Against the
               Plan . . . . . . . . . . . . . . . . .   3
          3.   Deadline for Objecting to the Confirmation
               of the Plan . . . . . . . . . . . . . .   3
          4.   Identity of Person to Contact for More
               Information Regarding the Plan . . . . .   4
     C.   Disclaimer . . . . . . . . . . . . . . . . .   4

II.  BACKGROUND . . . . . . . . . . . . . . . . . . . .   4
     A.   Description and History of the Debtor's
          Business . . . . . . . . . . . . . . . . . .   4
     B.   Principals/Affiliates of Debtor's Business . . . .   5
     C.   Management of the Debtor Before and After the
          Bankruptcy . . . . . . . . . . . . . . . . .   5
     D.   Events Leading to Chapter 11 Filing . . . . . . .   6
     E.   Significant Events . . . . . . . . . . . . .   7
          1.   Bankruptcy Proceedings . . . . . . . . .   7
          2.   Other Legal Proceedings . . . . . . . . .   9
          3.   Actual and Projected Recovery of
               Preferential or Fraudulent Transfers . . . .  10
          4.   Procedures Implemented to Resolve Financial
               Problems . . . . . . . . . . . . . . .  10
          5.   Current and Historical Financial
               Conditions . . . . . . . . . . . . . . .12

III. SUMMARY OF THE PLAN OF REORGANIZATION . . . . . . . . .  13
     A.   What Creditors and Interest Holders Will Receive
          Under the Proposed Plan . . . . . . . . . . .  13
     B.   Unclassified Claims . . . . . . . . . . . . .  13
          1.   Administrative Expenses . . . . . . . . .  14
          2.   Priority Tax Claims . . . . . . . . . . .  15
     C.   Classified Claims and Interests . . . . . . . .  16
          1.   Classes of Secured Claims . . . . . . . .  16
          2.   Classes of Priority Unsecured Claims . . . .  18
          3.   Classes of General Unsecured Claims . . . .  18
          4.   Class(es) of Interest Holders . . . . . .  19
     D.   Means of Effectuating the Plan . . . . . . . . .  19
          1.   Funding for the Plan . . . . . . . . . .  19
          2.   Post-Confirmation Management . . . . . . .  19
          3.   Disbursing Agent . . . . . . . . . . . .  20
          4.   Post-Confirmation Objections to Claims. . . .  20
     E.   Risk Factors . . . . . . . . . . . . . . . .  21
     F.   Other Provisions of the Plan . . . . . . . . .  22
          1.   Executory Contracts and Unexpired Leases . .  22
               a.   Assumptions . . . . . . . . . . . .  22
               b.   Rejections . . . . . . . . . . . .  22
          2.   Changes in Rates Subject to Regulatory
               Approval . . . . . . . . . . . . . . .  22

        3.    Retention of Jurisdiction . . . . . . . . .    23
    G.    Tax Consequences of Plan . . . . . . . . .    23

**IV.    CONFIRMATION REQUIREMENTS AND PROCEDURES** . . . . . . .    23
    A.    Who May Vote or Object . . . . . . . . . . . . .    24
        1.    Who May Object to Confirmation of the
              Plan . . . . . . . . . . . . . . . . . .    24
        2.    Who May Vote to Accept/Reject the Plan . . .    24
              a.    What is an Allowed Claim/Interest . . .    24
              b.    What Is an Impaired Claim/Interest . . .    25
        3.    Who is Not Entitled to Vote . . . . . .    25
        4.    Who Can Vote in More Than One Class . . . . .    26
        5.    Votes Necessary to Confirm the Plan . . . .    26
        6.    Votes Necessary for a Class to Accept the
              Plan . . . . . . . . . . . . . . . . . .    26
        7.    Treatment of Nonaccepting Classes . . . . .    27
        8.    Request for Confirmation Despite Nonacceptance
              by Impaired Class(es) . . . . . . . . . . .    27
    B.    Liquidation Analysis . . . . . . . . . . . . . .    28
    C.    Feasibility . . . . . . . . . . . . . . . . . .    31

**V.    EFFECTS OF CONFIRMATION OF PLAN** . . . . . . . . . .    33
    A.    Discharge . . . . . . . . . . . . . . . . . .    33
    B.    Revesting of Property in the Debtor . . . . . .    34
    C.    Modification of Plan . . . . . . . . . . . . .    34
    D.    Post-Confirmation Status Report . . . . . . . .    34
    E.    Quarterly Fees. . . . . . . . . . . . . . . . .    34
    F.    Post-Confirmation Conversion/Dismissal . . . . .    35
    G.    Final Decree . . . . . . . . . . . . . . . . .    36

**VI.    SUPPORTING DECLARATIONS** . . . . . . . . . . . . .    37

    EXHIBIT A - LIST OF ALL ASSETS . . . . . . . . .    38
    EXHIBIT B - FINANCIAL STATEMENT . . . . . . . . .    39
    EXHIBIT C - UNEXPIRED LEASES TO BE ASSUMED . . . . .    40
    EXHIBIT D - LIQUIDATION ANALYSIS . . . . . . . . .    41
    EXHIBIT E - LIST OF ADMINISTRATIVE EXPENSE CLAIMS . . .    42
    EXHIBIT F - LIST OF GENERAL UNSECURED CLAIMS . . . . .    43
    EXHIBIT G - LIST OF EQUITY INTERESTS. . . . . . . . .    44

**I.**

**INTRODUCTION**

Chatsworth Industrial Park, LP is the Debtor in this Chapter 11 bankruptcy case.  The Debtor commenced this case by filing its chapter 11 petition under the United States Bankruptcy Code ("Code"), 11 U.S.C. § 101 et seq., on December 23, 2009.  Chapter 11 allows the Debtor, and under some circumstances, creditors and others parties in interest, to propose a plan of reorganization ("Plan").  The Plan may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of the estate, or a combination of both.  Chatsworth Industrial Park, LP, the Debtor, is the party proposing the Plan sent to you in the same envelope as this document.  THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT FOR THE ENCLOSED PLAN.

This is a reorganizing plan.  In other words, the Proponent seeks to accomplish payments under the Plan by making payments to its allowed creditors as proposed in the Plan from the future income of its 5 adjacent industrial properties in Chatsworth, California.  The Effective Date of the proposed Plan is thirty (30) days after the confirmation order becomes final (such finality to occur on the first business day which is at least fifteen (15) days following entry of the order, assuming there has been no appeal from and/or order staying the effectiveness of the order before then).  The Debtor estimates that the Effective Date will be May 1, 2011.  The Debtor, following the Effective Date, will be referred to as the "Reorganized Debtor."

**A.    Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan,

1

and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

    **(1)   WHO CAN VOTE OR OBJECT,**

    **(2)   WHAT THE TREATMENT OF YOUR CLAIM IS (i.e., what your claim will receive if the Plan is confirmed), AND HOW THIS TREATMENT COMPARES TO WHAT YOUR CLAIM WOULD RECEIVE IN LIQUIDATION,**

    **(3)   THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE BANKRUPTCY,**

    **(4)   WHAT THINGS THE COURT WILL LOOK AT TO DECIDE WHETHER OR NOT TO CONFIRM THE PLAN,**

    **(5)   WHAT IS THE EFFECT OF CONFIRMATION, AND**

    **(6)   WHETHER THIS PLAN IS FEASIBLE.**

This Disclosure Statement cannot tell you everything about your rights.  You should consider consulting your own lawyer to obtain more specific advice on how this Plan will affect you and what is the best course of action for you.

Be sure to read the Plan as well as the Disclosure Statement.  If there are any inconsistencies between the Plan and the Disclosure Statement, the Plan provisions will govern.

The Code requires a Disclosure Statement to contain "adequate information" concerning the Plan.  The Bankruptcy Court ("Court") has approved this document as an adequate Disclosure Statement, containing enough information to enable parties affected by the Plan to make an informed judgment about the Plan.

1 | Any party can now solicit votes for or against the Plan.

2 | **B.    Deadlines for Voting and Objecting; Date of Plan**

3 | **Confirmation Hearing**

4 | THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS

5 | DISCLOSURE STATEMENT. IN OTHER WORDS, THE TERMS OF THE PLAN ARE

6 | NOT YET BINDING ON ANYONE.  HOWEVER, IF THE COURT LATER CONFIRMS

7 | THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL

8 | CREDITORS AND INTEREST HOLDERS IN THIS CASE.

9 | **1.    Time and Place of the Confirmation Hearing**

10 | The hearing where the Court will determine whether or not to

11 | confirm the Plan will take place on   April 28, 2011 , at 1:00

12 | P.M., in Courtroom 302, of the United States Bankruptcy Court

13 | located at 21041 Burbank Blvd., Woodland Hills, 91367.

14 | **2.    Deadline For Voting For or Against the Plan**

15 | If you are entitled to vote, it is in your best interest to

16 | timely vote on the enclosed ballot and returning the executed

17 | ballot to Debtor's Counsel, as follows:

18 |
19 |
20 |
21 |

<div align="center">

Joseph E. Caceres, Esq.
Caceres & Shamash, LLP
8200 Wilshire Boulevard, Suite 400
Beverly Hills CA 90211
Phone: (310) 205-3400
Fax: (310) 878-8308

</div>

22 | Your ballot must be received by   March 31, 2011   or it

23 | will not be counted.

24 | **3.    Deadline For Objecting to the Confirmation of the Plan**

25 | Objections to the confirmation of the Plan must be filed

26 | with the Court and served upon counsel for the Debtor at the

27 | address listed on the upper left-hand corner of the first page of

28 | //

<div align="center">3</div>

this Disclosure Statement and on the United States Trustee at

21051 Warner Center Lane, Suite 115, Woodland Hills, 91367 by

March 31, 2011 .

**4.    Identity of Person to Contact for More Information
        Regarding the Plan**

Any interested party desiring further information about the

Plan should contact Debtor's Counsel, Joseph E. Caceres, Esq.,

Caceres & Shamash, LLP, 8200 Wilshire Boulevard, Suite 400,

Beverly Hills, CA 90211, Phone: (310) 205-3400.

**C.  Disclaimer**

The financial data relied upon in formulating the Plan is

based on the Debtor's records.  The information contained in this

Disclosure Statement is provided solely by Chatsworth Industrial

Park, LP, Debtor.  The Plan Proponent represents that everything

stated in the Disclosure Statement is true to the Proponent's

best knowledge.  The Court has not yet determined whether or not

the Plan is confirmable and makes no recommendation as to whether

or not you should support or oppose the Plan.

**II.**

**BACKGROUND**

**A.   Description and History of the Debtor's Business**

The Debtor is a limited partnership.

The Debtor owns and operates five adjacent industrial

properties in Chatsworth, California located at 21026-21040

Nordhoff Street, 9035 Independence Avenue., 21019 Osborne Street,

21025 Osborne Street, and 21045-51 Osborne Street (the

"Chatsworth Properties").  There are a total of 7 buildings and 9

rental units on these properties.  The buildings are cross-

4

collateralized by the first trust deed of CSFB 2003-C4 Nordhoff

Limited Partnership/Keybank, NA ("CSFB/Keybank").  The

Debtor is operating these properties and collecting rents

therefrom.

The Debtor just rented out another unit (21029 Osborne) to

Solutia, Inc., at a beginning monthly rental of $8,000 plus

$1,890/mth. CAM charges, for 5 ½ years starting January 1, 2011.

Hence, all nine units are now occupied although one tenant, Works

Performance, who has been there for 25 years and whose lease

expired in September 2010 has not been able to pay rent for many

months due to difficulties with its business.  The Debtor had

tolerated this non-paying tenant in the hope it would begin

paying rent again due to its longevity in the building and prior

history of paying rent, but is now looking to rent out that unit

to a new tenant now that there are no other vacancies.

**B.   Principals/Affiliates of Debtor's Business**

As noted above, the Debtor is a limited partnership.  Boyar

Management Corp. is the Debtor's 99% General Partner, and the

Sharon Boyar Trust is its 1% Limited Partner.  Sharon Lynne Boyar

is the President & Sole Shareholder of Boyar Management Corp.

**C.   Management of the Debtor Before and After the Bankruptcy**

The Debtor was managed before the bankruptcy by certain

management companies.  However, due to certain difficulties with

certain of those companies, Sharon Lynne Boyar has managed the

Debtor's affairs for several months before the bankruptcy and

during the bankruptcy, and will continue to do so thereafter, at

least in the short term.  Her compensation was set by the Court

at 5% of the rents.  At some point, the Debtor may formally

1   engage the services of CBI (a noted above, CBI is currently

2   serving as the Debtor's court-approved Leasing Broker in this

3   case).  CBI is familiar with the Debtor's property, having

4   assisted the Debtor in leasing its approximately 17,000 square

5   foot property at 21040 Nordhoff Street in approximately July

6   2009.  Thereafter, CBI informally assisted the Debtor with

7   property management issues, although it has not sought

8   compensation for such assistance before or during the bankruptcy.

9   **D.    Events Leading to Chapter 11 Filing**

10      Here is a brief summary of the circumstances that <u>led to the</u>

11   <u>filing</u> of this Chapter 11 case:

12      The immediate cause of the filing was that pre-petition loan

13   workout discussions with CSFB/Keybank failed to yield a positive

14   result, forcing the debtor to seek chapter 11 bankruptcy

15   protection.  The Debtor's financial problems stemmed from the

16   following events.

17      First, debtor alleges that due to issues with its bank and a

18   prior management company, the Debtor fell behind on payments to

19   Keybank.  The Debtor ultimately filed suit against both the bank

20   and the management company.  The dispute with the bank was

21   resolved in mediation, with the bank paying the Debtor a certain

22   amount of money.  The case against the management company has

23   been settled, and the management company will be withdrawing its

24   proof of claim of $10,499.35 filed in this case.  <u>See</u> Section

25   {II.E.2} below for more info on the matter.

26      In the meantime, the Debtor contacted CSFB/Keybank

27   immediately.  The Debtor told CSFB/Keybank its payment would be

28   late that month.  However, CSFB/Keybank did not accommodate the

1  Debtor at that time, and even refused to waive a late charge.  It

2  also refused to release funds from the escrow account that the

3  Debtor pays into every month for their intended purposes, such as

4  tenant improvements, property taxes, insurance, and broker

5  commissions (the Debtor believes this account contained well over

6  $200,000 at the time of the petition, and much more at the

7  current time given that the Debtor has been making payments to

8  Keybank throughout this case, including substantial escrow

9  payments).  This forced the Debtor to use rents for these and

10  other costs, making the Debtor's situation worse.

11      Making matters worse, at one point a representative of

12  Keybank told the Debtor to stop making payments and it would then

13  be considered for a loan modification.  The Debtor was eventually

14  contacted by LNR Partners on behalf of CSFB/Keybank, and the

15  Debtor's representative actually flew to Miami to meet with them.

16  Unfortunately, every offer made by the Debtor to resolve the

17  problem was rejected.  Even then the Debtor managed to arrange to

18  borrow enough money from a private party to bring all payments,

19  including late charges, up to date, but CSFB/Keybank then added

20  default interest and turned down the Debtor's offer.

21      The confluence of the above factors led to the filing of the

22  instant chapter 11 petition.

23  **E.    Significant Events During the Bankruptcy**

24      **1.    Bankruptcy Proceedings**

25      The following is a chronological list of significant events

26  which have occurred <u>during</u> this case:

27      On or about December 23, 2009, the Debtor filed its chapter

28  11 petition in this case.  Immediately upon filing the case, the

7

1  Debtor was required to address various administrative matters in
2  his case, such as preparing and filing its schedules, and the
3  preparation and submission of the materials required by the
4  Office of the United States Trustee, including, without
5  limitation, the 7-Day Package and monthly operating reports.

6      On January 6, 2010 the Court entered its order setting the
7  initial chapter 11 status conference in this case for January 26,
8  2010, which the Debtor attended.

9      On January 11, 2010 the Court entered its order granting an
10  extension of time for the Debtor to file its schedules and
11  related documents to January 20, 2010.  In accordance therewith,
12  the Debtor filed its schedules and related documents on January
13  20, 2010.

14     On January 29, 2010, the Court entered its order granting
15  the Debtor's motion to set a bar date for filing proofs of claim,
16  and the Debtor served notice of the March 30, 2010 bar date on
17  January 29, 2010.

18     On January 26, 2010, the Court conducted a hearing on the
19  Debtor's motion for authority to use cash collateral and granted
20  the motion at that hearing.  The Court later entered its order
21  approving the motion on February 26, 2010, which order was signed
22  off on by Keybank, through counsel.

23     On February 10, 2010, the Debtor attended the Initial Debtor
24  Interview and Meeting of Creditors under 11 U.S.C. § 341(a) with
25  the U.S. Trustee.

26     On May 17, 2010, the Court entered its order granting the
27  Debtor's first motion for order extending exclusivity periods for
28  filing a chapter 11 plan and obtaining acceptances of a plan.

1   At the status conference on June 14, 2010, the Court set a

2   hearing on the Debtor's Disclosure Statement for September 30,

3   2010 at 11 a.m., and a deadline to file a Disclosure Statement

4   and Plan of August 23, 2010.

5   On June 16, 2010, the Court granted the motion of Jalmar

6   Properties, Inc., a former management company of the Debtor, for

7   relief from stay (action in non-bankruptcy forum), to allow

8   certain litigation pending in state court between the parties to

9   continue.  See Section {II.E.2} below for more info on the

10  matter.

11  The Court has approved the employment of the following

12  professionals: the Court approved the employment of Caceres &

13  Shamash, LLP ("C & S, LLP") as Reorganization Counsel to the

14  Debtors.  The Debtor's employment of C & S, LLP was approved by

15  order entered January 29, 2010.  The Court also approved the

16  employment of Henry Sanders Accountancy Corp. ("Sanders") as

17  accountants for the estate on April 27, 2010.  Finally, the Court

18  approved the employment of CBI Partners, Inc. ("CBI") as Leasing

19  Broker for the Estate on June 10, 2010.  No other professionals

20  have been employed to date.

21  Currently, the following significant adversary proceedings

22  and motions are still pending: none, although the Debtor

23  anticipates that it may file certain objections to claims.

24  **2.   Other Legal Proceedings**

25  In addition to the proceedings discussed above, the Debtor

26  is currently involved in the following nonbankruptcy legal

27  proceedings:

28  The Debtor was involved in the Jalmar litigation

discussed above, for which relief from stay (action in non-
bankruptcy forum), was granted to allow it to proceed in state
court.  The case essentially involved breach of contract claims
by each party against the other, and Jalmar had filed a proof of
claim in this case for $10,499.35.  The matter has been settled,
and Jalmar will be withdrawing its proof of claim filed in this
case.

> **3.    Actual and Projected Recovery of Preferential or
> Fraudulent Transfers**

The Debtor has not filed any actions seeking to recover any
fraudulent conveyances or preferential transfers and does not
believe that any such actions exist.  The Debtor reserves all of
his rights to assert and pursue such claims and causes of action
following confirmation of the plan, and the Court shall retain
jurisdiction over the Debtor and its bankruptcy estate to
consider all such post-confirmation causes of action.

> **4.    Procedures Implemented to Resolve Financial Problems**

To attempt to fix the problems that led to the bankruptcy
filing, Debtor has implemented the following procedures:

First, the Debtor continued to self-manage its property to
better control cash flow and expenditures.  In addition, Sharon
Boyar's son, Alan Smokler, has performed much of the maintenance
work on the property, ever since Ms. Boyar began managing the
property, resulting in significant savings compared to what
independent contractors would charge for the same work.  The
Debtor was able to resume full payments to CSFB/Keybank from the
outset of the case, including principal, interest, and escrow
payments, and is post-petition current on all such payments to

date.

During the case, the Debtor first attempted to refinance the property so as to cure the delinquencies to CSFB/Keybank, either by taking out a second trust deed or new first, and pursued such a course through multiple sources, but these efforts proved difficult due to the current economic climate.  At the same time, however, it continued to consider other options such as a sale or an equity infusion, private party financing, reaching a consensual arrangement with CSFB/Keybank, or dealing with CSFB/Keybank's claims in a plan.  Due to capital gains tax ramifications the Debtor ultimately came to the conclusion that a sale would likely be infeasible.  However, the Debtor is continuing to pursue a potential refinance of the property, and is continuing to explore methods by which a sale might be feasible, such as a tax-deferred exchange, so as to more quickly pay off CSFB/Keybank and all other creditors of the estate.  As such, the Debtor expressly reserves all rights to seek to refinance and/or sell the property at a later date, as well as to challenge any aspect of CSFB/Keybank's claim in this case, including, but not necessarily limited to, any prepayment penalty it may allege is due.

In the meantime, as noted above, the Debtor has just rented out another unit (21029 Osborne) to Solutia, Inc. with the help of CBI, at a beginning monthly rental of $8,000 plus $1,890/mth. CAM charges, for 5 ½ years starting January 1, 2011. Solutia paid the Debtor $17,890 up front, comprising first and last month's rent and the first month's CAM charges.  Further, in exchange for the Debtor not having to perform expensive tenant improvements,

the Debtor abated rent for months 3, 6, and 48, and agreed to half rent for months 2, 4, 5, 7, 8, and 9, for a total of 6 months of rent concessions (which is why the Debtor insisted on a 5 ½ year lease rather than a 5 year lease).  The lease also has built-in increases in the monthly rent of 3% per year.  As a result of the foregoing, all nine units are now occupied although one tenant, Works Performance, who has been there for 25 years and whose lease expired in September 2010, has not been able to pay rent for many  months due to difficulties with its business.  The Debtor had tolerated this non-paying tenant in the hope it would begin paying rent again due to its longevity in the building and prior history of paying rent, but is now looking to rent out that unit to a new tenant now that there are no other vacancies.

**5.   Current and Historical Financial Conditions**

As noted above, the Debtor is continuing to self-manage its property to better control cash flow and expenditures.  This has helped the Debtor to maintain full payments to CSFB/Keybank from the outset of the case, including principal, interest, and escrow payments.  The Debtor is post-petition current on all such payments to date, and has been profitable during the case.  The Debtor's net post-petition income to date, after full payments to Keybank and all expenses, has averaged about $8,500/mth., not including bankruptcy related administrative fees of $3,300 to Debtor's accountant Henry Sanders, and a roof replacement cost of $48,500 for which the Debtor was otherwise entitled to reimbursement from CSFB/Keybank, but refused (the Debtor has also not received any other reimbursement from CSFB/Keybank as it is

entitled to for certain repairs out of its escrow accounts, which
it has been paying into every month during this case, or any of
the credits it believes it is entitled to as discussed above).
This also does not include the extra rent the Debtor is now
generating by virtue of the new lease to Solutia, Inc. discussed
above, which will bring in close to $10,000/mth. in extra rent
and CAM charges.

The identity and fair market value of the estate's assets
are listed in Exhibit A.  See also the Debtor's financial history
set forth in Exhibit B, including U.S. Trustee financial
statements during the case and projections for the next five
years.  These statements have not been audited, and are based on
the Debtor's records.

<div align="center">

**III.**

**SUMMARY OF THE PLAN OF REORGANIZATION**

</div>

**A.   What Creditors and Interest Holders Will Receive Under The
     Proposed Plan**

As required by the Bankruptcy Code, the Plan classifies
claims and interests in various classes according to their right
to priority.  The Plan states whether each class of claims or
interests is impaired or unimpaired.  The Plan provides the
treatment each class will receive.

**B.   Unclassified Claims**

Certain types of claims are not placed into voting classes;
instead they are unclassified.  They are not considered impaired
and they do not vote on the Plan because they are automatically
entitled to specific treatment provided for them in the
Bankruptcy Code.  As such, the Proponents have <u>not</u> placed the
following claims in a class.

1   **1.   Administrative Expenses**

2   Administrative expenses are claims for costs or expenses of

3   administering the Debtor's Chapter 11 case which are allowed

4   under Code section 507(a)(1).  The Code requires that all

5   administrative claims be paid on the Effective Date of the Plan,

6   unless a particular claimant agrees to a different treatment.

7   The following chart lists <u>all</u> of the Debtor's § 507(a)(1)

8   administrative claims and their treatment under the Plan (see

9   Exhibit E for detailed information about each administrative

10  expense claim):

| Name | Amount Owed | Treatment |
|------|-------------|-----------|
| Caceres & Shamash, LLP ("C & S, LLP"), Debtor's Reorganization Counsel | $35,000.00 (est. after retainer remaining on pet. date; less any interim fees as may be paid) | Paid in full on Effective Date (after Court approval of Fee Application), unless claimant agrees to a different treatment. |
| Henry Sanders Accountancy Corp. ("Sanders"), Debtor's Accountant | $15,000.00 (est.; less any interim fees as may be paid) | Paid in full on Effective Date (after Court approval of Fee Application), unless claimant agrees to a different treatment. |
| CBI Partners, Inc. ("CBI"), Debtor's Leasing Broker | $0.00 (estimated at zero on E-Date as commissions to be paid as earned from new leases) | Paid in full on Effective Date (after Court approval of Fee Application), unless claimant agrees to a different treatment. |
| Clerk's Office Fees | $0 (est.) | Paid in full on Effective Date |
| Office of the U.S. Trustee Quarterly Fees | $1,950 (est.) | Paid in full on Effective Date |
| **TOTAL** | $51,950.00 (est.) | |

<u>Court Approval of Fees Required:</u>

The Court must rule on all fees listed in this chart before the fees will be owed.  For all fees except Clerk's Office fees and U.S. Trustee's fees, the professional in question must file and serve a properly noticed fee application and the Court must rule on the application.  Only the amount of fees allowed by the Court will be owed and required to be paid under this Plan.  The debtor will also pay all post-confirmation quarterly fees due to the U.S. Trustee under 28 U.S.C. § 1930(a)(6) until the case is dismissed, converted, or closed.

As indicated above, the Debtor will need to pay about $51,950.00 worth of administrative claims on the Effective Date of the Plan unless the claimants have agreed to a different treatment or the Court has not yet ruled on the claim.  As indicated elsewhere in this Disclosure Statement, Debtor will have approximately $70,000.00 of cash on hand on the Effective Date of the Plan.  The source of this cash will be from the ongoing proceeds of the Debtor's operations.

**2.   Priority Tax Claims**

Priority tax claims are certain unsecured income, employment and other taxes described by Bankruptcy Code Section 507(a)(8).  The Code requires that each holder of such a 507(a)(8) priority tax claim receive the present value of such claim in deferred cash payments, over a period ending not later than five years after the date of the order for relief, unless the claimant has agreed to a different treatment.

Priority tax claims under § 507(a)(8) and their treatment under the Plan are set forth in the following chart:

| Description | Amount Owed | Treatment | |
|---|---|---|---|
| ● Name = Franchise Tax Board <br> ● Type of Tax = minimum franchise tax for period ended 12/31/09 as per filed proof of claim | $800.00 | ● Pymt interval | =Lump Sum on Effective Date (or as soon as practicable thereafter), unless previously paid |

**C.   Classified Claims and Interests**

    **1.   Classes of Secured Claims**

       Secured claims are claims secured by liens on property of the estate.  The following chart lists all classes containing Debtor's secured pre-petition claims and their treatment:

| CLASS # | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|---|
| | | | | |

| 1 | **Secured Claim of:** CSFB 2003-C4 Nordhoff Limited Partnership / Keybank ("CSFB") **Collateral Description:** Chatsworth Properties as described elsewhere herein  (see page 4) **Collateral Value:** Approx. $12,000,000 **Priority of Security Int.:** First Priority **Maturity Date:** August 1, 2013 **Principal Owed:** Allegedly *$7,045,059.89* as of 11/1/10 per info received from CSFB **Pre-Pet. Arrearage Amount:** Allegedly *$799,572.31* as of petition date per info received from CSFB, broken down as follows: \*\**$469,888.93* P&I arrears per CSFB's prior objection to Disclosure Statement; \*\**$232,763.53* default interest per CSFB Proof of Claim (POC); \*\**$36,919.85* late fees per CSFB POC \*\**$50,000.00* est. att fees of CSFB \*\**$10,000.00* estimated misc. costs **Post-Pet. Arrearage Amount:** None | N | Impaired: Claims in this class are entitled to vote on the Plan | \*\***Treatment of Lien:** CSFB's lien shall remain in place. \*\***Treatment of Arrears & Extended Maturity Date:** The terms of the original Note shall be modified as follows: (I) all arrears to be rolled into the existing loan (i.e. added to principal) and reamortized over a hypothetical 30 years from the Effective Date at the existing contract rate of interest of 6.3%, with principal and interest payments estimated to be in the amount of $48,302.55/mth. from the Effective Date forward (the "Reamortized Loan"); and (ii) notwithstanding any and all provisions of the Note and/or loan documents to the contrary, on the Effective Date, the maturity date under the Note shall be modified to be April 1, 2016, at which time remaining principal and all matured and unpaid interest, fees, and charges allowable and due after the Effective Date pursuant to the plan shall be due and payable on April 1, 2016. \*\***Existing Escrow/Reserve Accounts:** The existing escrow/reserve accounts shall remain unaltered by the Plan, such that Debtor will continue paying into such accounts as currently required. \*\***Additional Provisions:** (I) The Note as modified shall be deemed fully reinstated on the Effective Date. (ii) The figures utilized herein for principal and arrears (as detailed in the column at left) are subject to revision upon proof and/or order of the Court, and CSFB shall provide an accounting of all such figures and/or amounts it claims are owed; upon such revision or Court order the monthly principal and interest payments due hereunder shall be recalculated using the same reamortization period (30 years) and interest rate (6.3%) set forth above. (iii) All defenses, counterclaims, rights of offset or recoupment of the Debtor or Estate with respect to the Claim, Note, Deed of Trust or other loan documents of CSFB shall vest in, and inure to the benefit of, the Reorganized Debtor, and Debtor reserves the right to object to the claim of or any amounts sought by CSFB and/or seek an accounting thereof as it deems appropriate. (iv) Debtor reserves the right to refinance or sell the property following the Effective Date and pay off CSFB's Note as modified hereunder, and reserves the right to object to any prepayment penalty or other amounts CSFB may claim. |

## 2.    Classes of Priority Unsecured Claims

Certain priority claims that are referred to in Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim.  However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims.

None - The Debtor is not aware of any claims that would qualify as priority unsecured claims under the above Sections.

## 3.    Class of General Unsecured Claims

General unsecured claims are unsecured claims not entitled to priority under Code Section 507(a).  The following chart identifies this Plan's treatment of the class containing <u>all</u> of Debtor's general unsecured claims (see Exhibit F for detailed information about each general unsecured claim):

| CLASS# | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT | |
|---|---|---|---|---|
| 2 | Allowed General unsecured claims<br><br>**Total amt of allowed claims = <u>$85,062.34 or less</u> depending on outcome of any objections to claims | Impaired: Claims in this class are entitled to vote on the Plan | **Pymt interval:**<br><br>**Pymt amt/interval:**<br><br>**Begin Date:**<br>**End Date:**<br>**Interest rate %**<br><br><br>**Total payout $$**<br>**Total payout %**<br><br>**Debtor reserves right to prepay any remaining amounts at any time, in whole or in part | =Equal monthly payments for 60 months<br>=Up to $1,431.08 per month<br><br>Effective date (May 2011)<br>April 2016**<br>= 0.37% (Federal Judgment Rate on Petition Date)<br><br>= Up to $85,864.71<br>= 100% + interest |

### 4.   Class(es) of Interest Holders

Interest holders are the parties who hold ownership interest (i.e., equity interest) in the Debtor.  If the Debtor is a corporation, entities holding preferred or common stock in the Debtor are interest holders.  If the Debtor is a partnership, the interest holders include both general and limited partners.  If the Debtor is an individual, the Debtor is the interest holder. The following chart identifies the Plan's treatment of the class of interest holders (see Exhibit G for more detailed information about each interest holder).

| CLASS# | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|--------|-------------|----------------|-----------|
| **3** | Interest Holders | Not Impaired: Claims in this class are not entitled to vote on the Plan, class is deemed to have accepted Plan | Retain Interests |

## D.   Means of Effectuating the Plan

### 1.   Funding for the Plan

The Plan will be funded by the following: As noted above, the plan will be funded by the Debtor's income from its ongoing operations.

### 2.   Post-confirmation Management

As set forth above, Sharon Boyar will continue to manage the Debtor's affairs post-confirmation; she is the President & Sole Shareholder of Boyar Management Corp., which is the Debtor's 99% General Partner, and the Sharon Boyar Trust is its 1% Limited Partner.  Her post-petition compensation has been 5% of rents, and it is anticipated to remain the same post-confirmation.  At some point, the Debtor may formally engage the services of CBI

1  (currently serving as the Debtor's court-approved Leasing Broker

2  in this case).  CBI is familiar with the Debtor's property,

3  having assisted the Debtor in leasing its approximately 17,000

4  square foot property at 21040 Nordhoff Street in approximately

5  July 2009.  Thereafter, CBI informally assisted the Debtor with

6  property management issues, although it has not sought

7  compensation for such assistance before or during the bankruptcy.

8  **3.    Disbursing Agent**

9  The Debtor will serve as its own disbursing agent for the

10  purpose of making all distributions provided for under the Plan.

11  The Disbursing Agents shall serve without bond and shall receive

12  no compensation for distribution services rendered and expenses

13  incurred pursuant to the Plan.

14  **4.    Post-Confirmation Objections to Claims**

15  The Debtor or the Reorganized Debtor, as the case may be,

16  may file objections to all claims which are inconsistent with the

17  Debtor's records and information unless the Debtor deems the

18  inconsistency to be insignificant.  Following confirmation, the

19  Debtor or the Reorganized Debtor will have the authority, in its

20  sole discretion, to settle or compromise any claim without

21  further notice or Court approval.  The Debtor or the Reorganized

22  Debtor, as the case may be, will have the authority to file such

23  objections to claims following the confirmation of the Plan, and

24  the Court shall retain jurisdiction over the Debtor, the

25  Reorganized Debtor and the Case to resolve such objections to

26  claims following the confirmation of the Plan.

27  In the event the Debtor disputes the allowance, in whole or

28  in part, of any class 2 general unsecured claim on or after the

Effective Date, the Debtor will place into a segregated account
that amount of money, if any, which would have been distributed
to such class 2 claim holder at such time, had such class 2 claim
been allowed in the amount asserted by such class 2 claim holder
(in the case of monthly distributions such claim holder's monthly
distribution(s) shall be placed into such segregated account
monthly at the same time monthly distributions are made to
undisputed allowed unsecured claims).  If the Debtor or
Reorganized Debtor ultimately objects to a class 2 claim and
prevails in whole, the Debtor may place any segregated funds
applicable to that claim into its general account.  If the Debtor
or Reorganized Debtor ultimately objects to a class 2 claim and
prevails in part or does not prevail, then distributions shall be
made to said claimant based on the allowed amount of its claim,
pursuant to the treatment set forth herein and in the plan for
class 2.  The Debtor or the Reorganized Debtor shall be required
to file all objections to class 2 claims within sixty days
following the Effective Date.

**E.    Risk Factors**

The proposed Plan has the following risks:

As payments under the plan are being made from ongoing
income, the risks under the plan are as they would be for any
other real estate Debtor, that is, that due to the economic
climate now or in the future, the Debtor could lose tenants and,
if unable to replace them quickly enough, its financial
projections may not be realized, causing an inability to make
payments.  However, the Debtor does not believe this risk is high
as it has a large cushion between income and expenses.

**F.    Other Provisions of the Plan**

    **1.    Executory Contracts and Unexpired Leases**

        **a.    Assumptions**

The following are the unexpired leases and executory contracts to be assumed as obligations of the reorganized Debtor under this Plan (see Exhibit C for more detailed information on unexpired leases to be assumed): The Debtor will assume the following eight tenant leases - Zero Tolerance Ent. (9035 Independence); PTM, Inc. (21051 Osborne); Viaquest, Inc. (21026 Nordhoff); Surplus Sourcing (21040 Nordhoff); CP Films (21019 Osborne); CP Films (21025 Osborne); Solutia, Inc. (21029 Osborne) and Challenge Motorsports/L.A. Wheel (21021 Osborne).

On the Effective Date, each of the unexpired leases and executory contracts listed above shall be assumed as obligations of the reorganized Debtor.  The Order of the Court confirming the Plan shall constitute an Order approving the assumption of each lease and contract listed above.  If you are a party to a lease or contract to be assumed and you object to the assumption of your lease or contract, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan. See Section {I.B.3.} of this document for the specific date.

        **b.    Rejections**

On the Effective Date, the following executory contracts and unexpired leases will be rejected: none.

    **2.    Changes in Rates Subject to Regulatory Commission Approval**

The Debtor is not subject to governmental regulatory commission approval of any rates.

1      **3.    Retention of Jurisdiction.**

2      The Court will retain jurisdiction to the extent provided

3 by law.  See also Section {III.D.4.} above regarding post-

4 confirmation objections to claims.

5 **G.   Tax Consequences of Plan**

6      CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN

7 MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN

8 ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS.  The following

9 disclosure of possible tax consequences is intended solely for

10 the purpose of alerting readers about possible tax issues this

11 Plan may present to the Debtor.  The Proponent CANNOT and DOES

12 NOT represent that the tax consequences contained below are the

13 only tax consequences of the Plan because the Tax Code embodies

14 many complicated rules which make it difficult to state

15 completely and accurately all the tax implications of any action.

16      The Debtor does not believe that confirmation of the Plan

17 will result in any tax consequences to the Debtor.

18                   **IV.**

19         **CONFIRMATION REQUIREMENTS AND PROCEDURES**

20      PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OR THIS PLAN

21 SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON

22 CONFIRMING A PLAN OF REORGANIZATION IS VERY COMPLEX.  The

23 following discussion is intended solely for the purpose of

24 alerting readers about basic confirmation issues, which they may

25 wish to consider, as well as certain deadlines for filing claims.

26 The proponent CANNOT and DOES NOT represent that the discussion

27 contained below is a complete summary of the law on this topic.

28      Many requirements must be met before the Court can confirm a

Plan.  Some of the requirements include that the Plan must be
proposed in good faith, acceptance of the Plan, whether the Plan
pays creditors at least as much as creditors would receive in a
Chapter 7 liquidation, and whether the Plan is feasible.  These
requirements are <u>not</u> the only requirements for confirmation.

**A.   Who May Vote or Object**

**1.   Who May Object to Confirmation of the Plan**

Any party in interest may object to the confirmation of the
Plan, but as explained below not everyone is entitled to vote to
accept or reject the Plan.

**2.   Who May Vote to Accept/Reject the Plan**

A creditor or interest holder has a right to vote for or
against the Plan if that creditor or interest holder has a claim
which is both (1) allowed or allowed for voting purposes and (2)
classified in an impaired class.

**a.   What Is an Allowed Claim/Interest**

As noted above, a creditor or interest holder must first
have an <u>allowed claim or interest</u> to have the right to vote.
Generally, any proof of claim or interest will be allowed, unless
a party in interest brings a motion objecting to the claim.  When
an objection to a claim or interest is filed, the creditor or
interest holder holding the claim or interest cannot vote unless
the Court, after notice and hearing, either overrules the
objection or allows the claim or interest for voting purposes.

THE BAR DATE FOR FILING A PROOF OF CLAIM IN THIS CASE WAS
March 30, 2010.  A creditor or interest holder may have an
allowed claim or interest even if a proof of claim or interest
was not timely filed.  A claim is deemed allowed if (1) it is

24

scheduled on the Debtor's schedules and such claim is not

scheduled as disputed, contingent, or unliquidated, and (2) no

party in interest has objected to the claim.  An interest is

deemed allowed if it is scheduled and no party in interest has

objected to the interest.  Consult Exhibits E through G to see

how the Proponent has characterized your claim or interest.

### b.   What Is an Impaired Claim/Interest

As noted above, an allowed claim or interest only has the

right to vote if it is in a class that is <u>impaired</u> under the

Plan.  A class is impaired if the Plan alters the legal,

equitable, or contractual rights of the members of that class.

For example, a class comprised of general unsecured claims is

impaired if the Plan fails to pay the members of that class 100%

of what they are owed.

In this case, the Proponent believes that classes 1-2 are

impaired and that holders of claims in each of these classes are

therefore entitled to vote to accept or reject the Plan. The

Proponent believes that class 3 is unimpaired and that holders of

claims in this class therefore do not have the right to vote to

accept or reject the Plan, as such class is deemed to have

accepted the Plan.  Parties who dispute the Proponent's

characterization of their claim or interest as being impaired or

unimpaired may file an objection to the Plan contending that the

Proponent has incorrectly characterized the class.

### 3.   Who is <u>Not</u> Entitled to Vote

The following four types of claims are <u>not</u> entitled to vote:

(1) claims that have been disallowed; (2) claims in unimpaired

classes; (3) claims entitled to priority pursuant to Code

sections 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan.  Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan.  Claims entitled to priority pursuant to Code sections 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Code.  Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan.  EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

**4.   Who Can Vote in More Than One Class**

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject a Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

**5.   Votes Necessary to Confirm the Plan**

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, as discussed later in Section {IV.A.8.}.

**6.   Votes Necessary for a Class to Accept the Plan**

A class of claims is considered to have accepted the Plan when more than one-half (½) in number and at least two-thirds

(2/3) in dollar amount of the claims which actually voted, voted in favor of the Plan. A class of interests is considered to have accepted the Plan when at least two-thirds (2/3) in amount of the interest-holders of such class which actually voted, voted to accept the Plan.

### 7. Treatment of Nonaccepting Classes

As noted above, even if _all_ impaired classes do not accept the proposed Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Code. The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown." The Code allows the Plan to be "crammed down" on nonaccepting classes of claims or interests if it meets all consensual requirements except the voting requirements of 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. § 1129(b) and applicable case law.

### 8. Request for Confirmation Despite Nonacceptance by Impaired Class(es)

The party proposing this Plan will ask _the Court_ to confirm this Plan by cramdown on the following impaired classes 1 and 2 if any of these classes do not vote to accept the Plan.

Please note that the proposed Plan treatment described by this Disclosure Statement _cannot_ be crammed down on the following classes: none. AS A RESULT, IF ANY OF THESE CLASSES DOES _NOT_ VOTE TO ACCEPT THE PLAN, THE PLAN WILL _NOT_ BE CONFIRMED.

//

**B.    Liquidation Analysis**

Another confirmation requirement is the "Best Interest Test", which requires a liquidation analysis. Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code.

In a Chapter 7 case, the Debtor's assets are usually sold by a Chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next. Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority. Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in relationship to the amount of total allowed unsecured claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

For the Court to be able to confirm this Plan, the Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such holders would receive under a Chapter 7 liquidation. The Plan Proponent maintains that this requirement is met here because unsecured creditors are being paid 100% over time, and in chapter 7 would receive nothing.

Below is a demonstration, in balance sheet format, that all creditors and interest holders will receive at least as much

1  under the Plan as such creditor or interest holder would receive

2  under a Chapter 7 liquidation.  (See Exhibit D for a detailed

3  explanation of how the following assets are valued.  This

4  information is provided by the Debtor).

5  //

6  //

7  //

8  //

9  //

10  //

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

```
ASSETS VALUE AT LIQUIDATION VALUES:

CURRENT ASSETS
a.      Cash on hand                        $      45,500
b.      Accounts receivable                 $           0
c.      Inventories                         $           0
        TOTAL CURRENT ASSETS                $      45,500

FIXED ASSETS
a.      Office Furniture & equipment        $           0
b.      Machinery & equipment               $           0
c.      Automobiles                         $           0
d.      Building & Land                     $12,000,000
        TOTAL FIXED ASSETS                  $12,045,500

OTHER ASSETS
a.      Customer list                       $           0
b.      Other intangibles                   $           0
        TOTAL OTHER ASSETS                  $           0
```

**TOTAL ASSETS AT LIQUIDATION VALUE**             $           0
                                                  ===========

**Less:**
Secured creditor's recovery                       $ 8,950,000
(inc. prepayment penalty)
**Less:**
Costs of Sale of Real Property                    $   960,000
(est. @ 8%)
**Less:**
Capital Gains Taxes                               $ 2,275,000[1]
(based on $3m basis & total 35% tax (15-20%
fed; 10% fed recapture tax; and 10% state))
**Less:**
Chapter 7 trustee fees and expenses               $   508,250
(inc. professionals employed by trustee)
**Less:**
Chapter 11 administrative expenses                $    51,950
**Less:**
Priority claims,                                  $       800
excluding administrative expense claims
**Less:**                                         $         0
Debtor's claimed exemptions
                                                  ===========
  (1) Balance for unsecured claims                $ <700,496>

  (2) Total amt of unsecured claims               $    85,062

**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WOULD RECEIVE**
       **OR RETAIN IN A CH. 7 LIQUIDATION: =    0% or 100%(see fn1)**
**% OF THEIR CLAIMS WHICH UNSECURED CREDITORS WILL RECEIVE**
       **OR RETAIN UNDER THIS PLAN:        =   100%**

---

[1]There has been a contention that the Debtor itself would have no tax liability since any tax ramifications of a sale would flow through to the Debtor's general partner. However, even if true, this is irrelevant since all creditors are being paid all amounts which they are legally entitled to under this plan, including unsecured creditors, receiving 100% plus interest on their claims at the legally required rate.

Below is a demonstration, in tabular format, that all creditors and interest holders will receive at least as much under the Plan as such creditor or holder would receive under a Chapter 7 liquidation.

| CLAIMS & CLASSES | PAYOUT PERCENTAGE UNDER THE PLAN | PAYOUT PERCENTAGE IN CHAPTER 7 LIQUIDATION |
|---|---|---|
| Ch. 11 Administrative Claims | 100% | 0% or 100% (see fn 1 above) |
| Class 1 - CSFB / Keybank | 100% | 100% |
| Class 2 - General Unsecured | 100% | 0% or 100% (see fn 1 above) |
| Class 3 - Interest Holders | retain interests | unclear what property would be retained |

## C.    Feasibility

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis. The first aspect considers whether the Debtors will have enough cash on hand on the Effective Date of the Plan to pay all the claims and expenses which are entitled to be paid on such date.  The Plan Proponents maintain that this aspect of feasibility is satisfied as illustrated here:

//

//

//

//

Cash Debtors will have on hand by Effective Date    $  70,000

**To Pay:** Administrative claims    -  <51,950>

**To Pay:** Statutory costs & charges    -  <      0>

**To Pay:** Other Plan Payments due    -  < 2,231>
         on Effective Date

Balance after paying these amounts..............  $  15,819

The sources of the cash Debtor will have on hand by the Effective Date, as shown above are:

| | |
|---|---|
| $  45,000 | Cash in DIP Account now |
| +  25,000 | Additional cash DIP will accumulate from net earnings between now and Effective Date |
| +       0 | Borrowing |
| +       0 | Capital Contributions |
| +       0 | Other |
| $  70,000 | **Total** |

The second aspect considers whether the Proponent will have enough cash over the life of the Plan to make the required Plan payments.

The Proponent has provided financial statements which include projected financial information. Please refer to Exhibit B for the relevant financial statements.  YOU ARE ADVISED TO CONSULT WITH YOUR ACCOUNTANT OR FINANCIAL ADVISOR IF YOU HAVE ANY QUESTIONS PERTAINING TO THESE FINANCIAL STATEMENTS.

In summary, the Plan proposes to pay up to $1,431 each month to unsecured creditors plus an increase of about $1,000 per month in the mortgage payments to CSFB/Keybank.  As Debtor's financial projections demonstrate, Debtor will have an average cash flow, after paying operating expenses and post-confirmation taxes, as set forth therein each month for the life of the Plan.  The final

1  Plan payment is expected to be paid in April 2016.  The Plan

2  Proponent contends that Debtor's financial projections are

3  feasible.  Debtor's average monthly cash flow, after paying

4  operating expenses and post-confirmation taxes, during the

5  bankruptcy case is about $8,500/mth., not including bankruptcy

6  related administrative fees of $3,300 to Debtor's accountant

7  Henry Sanders, and a roof replacement cost of $48,500 for which

8  the Debtor was otherwise entitled to reimbursement from

9  CSFB/Keybank, but refused (the Debtor has also not received any

10 other reimbursement from CSFB/Keybank as it is entitled to for

11 certain repairs out of its escrow accounts, which it has been

12 paying into every month during this case, or any of the credits

13 it believes it is entitled to as discussed above).  This also

14 does not include the extra rent the Debtor is now generating by

15 virtue of the new lease to Solutia discussed in Section {II.E.4}

16 above, which will bring in close to $10,000/mth. in extra rent

17 and CAM charges.  Furthermore, as discussed earlier in the

18 Disclosure Statement at Section {II.E.4}, Debtor has implemented

19 procedures to decrease costs.  Finally, to the extent necessary

20 to allow the Debtor to make the payments called for under the

21 Plan, Sharon Boyar and/or her son Alan Smokler will reduce or

22 forego their compensation, which has collectively averaged

23 between six and seven thousand dollars per month during the case.

24                              **V.**

25                **EFFECT OF CONFIRMATION OF PLAN**

26 **A.   Discharge**

27     The Plan provides that upon confirmation of the Plan, Debtor

28 shall be discharged of liability for payment of debts incurred

before confirmation of the Plan, to the extent specified in 11

U.S.C. § 1141.  However, the discharge will not discharge

any liability imposed by the Plan.

**B.   Revesting of Property in the Debtor**

Except as provided in Section {V.F.}, and except as provided

elsewhere in the Plan, the confirmation of the Plan revests all

of the property of the estate in the Debtor.

**C.   Modification of Plan**

The Proponent of the Plan may modify the Plan at any time

before confirmation.  However, the Court may require a new

disclosure statement and/or revoting on the Plan.

The Proponent of the Plan may also seek to modify the Plan

at any time after confirmation only if (1) the Plan has not

been substantially consummated <u>and</u> (2) the Court authorizes the

proposed modifications after notice and a hearing.

**D.   Post-Confirmation Status Report**

Within 120 days of the entry of the order confirming the

Plan, Plan Proponent shall file a status report with the Court

explaining what progress has been made toward consummation of the

confirmed Plan.  The status report shall be served on the United

States Trustee, the twenty largest unsecured creditors, and those

parties who have requested special notice. Further status reports

shall be filed every 120 days and served on the same entities.

**E.   Quarterly Fees**

Quarterly fees accruing under 28 U.S.C. § 1930(a)(6) to date

of confirmation shall be paid to the United States Trustee on or

before the effective date of the plan.  Quarterly fees accruing

under 28 U.S.C. § 1930(a)(6) after confirmation shall be paid to

the United States Trustee in accordance with 28 U.S.C. §
1930(a)(6) until entry of a final decree, or entry of an order
of dismissal or conversion to chapter 7.

**F.    Post-Confirmation Conversion/Dismissal**

A creditor or party in interest may bring a motion to
convert or dismiss the case under § 1112(b), after the Plan is
confirmed, if there is a default in performing the Plan.  If the
Court orders the case converted to Chapter 7 after the Plan is
confirmed, then all property that had been property of the
chapter 11 estate, and that has not been disbursed pursuant to
the Plan, will revest in the Chapter 7 estate.  The automatic
stay will be reimposed upon the revested property, but only to
the extent that relief from stay was not previously authorized by
the Court during this case.

The order confirming the Plan may also be revoked under very
limited circumstances. The Court may revoke the order if the
order of confirmation was procured by fraud and if the party in
interest brings an adversary proceeding to revoke confirmation
within 180 days after the entry of the order of confirmation.

//

//

//

//

//

//

//

//

//

## G.   **Final Decree**

Once the estate has been fully administered as referred to in Bankruptcy Rule 3022, the Plan Proponent, or other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case.

Dated: February 11, 2011    CHATSWORTH INDUSTRIAL PARK, L.P.,
                             Debtor and Debtor-in Possession

_/Sharon Boyar/_

By: Sharon Boyar, President of Boyar
Management Corp., Debtor's Gen. Partner


CACERES & SHAMASH, LLP

/s/ Joseph E. Caceres

By: Joseph E. Caceres, Esq.
Attorneys for Plan Proponent

## DECLARATION OF SHARON LYNNE BOYAR

I, Sharon Lynne Boyar, do hereby declare as follows:

1.    I am the President and sole shareholder of Boyar Management Corp., the Debtor's General Partner. As the Debtor's principal and manager, I am familiar with its finances and situation. I have personal knowledge of the matters set forth in this declaration, except where stated to be on information and belief, and if called to testify I could and would testify competently thereto.

2.    I make this declaration in support of this Second Amended Disclosure Statement which describes the Debtor's Second Amended Plan of Reorganization.

3.    To the best of my knowledge, information, and belief, all of the information contained in the Disclosure Statement is truthful and accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2011 at Beverly Hills, California.

Sharon Lynne Boyar

**EXHIBIT A – LIST OF ALL ESTATE ASSETS**

- <u>Real Property</u>: The Debtor owns and operates five adjacent industrial properties in Chatsworth, California located at 21026-21040 Nordhoff Street, 9035 Independence Avenue., 21019 Osborne Street, 21025 Osborne Street, and 21045-51 Osborne Street (the "Chatsworth Properties").  There are a total of 7 buildings and 9 rental units on these properties.  The Debtor estimates the value of the Chatsworth Properties at approximately $12,000,000.

- <u>Cash on Hand</u>: Debtor's cash on hand is approximately $45,000 as of the current time, and projected to be about $70,000 as of the effective date as set forth in Section {IV.C} of this document.

## EXHIBIT B - FINANCIAL STATEMENTS

The Debtor's monthly U.S. Trustee operating reports for every month during this case are attached hereto.  Projected financial statements for the five years of the Plan are also attached.  This information is supplied by the Debtor and is based on the Debtor's records.

CP PROJECTIONS - 2011

| | | 2010 Monthly Averages | 2011 Monthly Projections | JAN. | FEB. | MAR. | APR. | MAY - Projected Eff. Date of Plan | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME: | | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 89,612.19 | | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 | 99,502.98 |
| | Rent Abatement - new tenant beg. 1/1/11 | 0.00 | | 0.00 | -4,000.00 | -8,000.00 | -4,000.00 | -4,000.00 | -8,000.00 | -4,000.00 | -4,000.00 | -4,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL INCOME: | | 89,612.19 | | 99,502.98 | 95,502.98 | 91,502.98 | 95,502.98 | 95,502.98 | 91,502.98 | 95,502.98 | 95,502.98 | 95,502.98 | 99,502.98 | 99,502.98 | 99,502.98 |
| | | | | | | | | | | | | | | | |
| EXPENSES: | | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | 67,126.99 | | 67,127.00 | 67,127.00 | 67,127.00 | 67,127.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | 279.70 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 667.40 | | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| | Repairs & Maint. | 5,363.48 | | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | MNGT. Fees | 4,589.31 | | 4,975.15 | 4,979.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 | 4,975.15 |
| | Gardening Landscaping Cleaning | 2,000.00 | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| | Misc. | 1,135.94 | | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| | Commissions to CBI Partners re New Lease beg. 1/1/11 | 0.00 | | 8,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 2,992.94 | 0.00 | 0.00 | 0.00 |
| | PLAN PMTS.-UNSEC. CREDITORS | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| TOTAL EXPENSES: | | 81,162.82 | | 89,502.15 | 85,506.15 | 81,502.15 | 85,502.15 | 87,885.23 | 83,885.23 | 87,885.23 | 87,885.23 | 86,878.17 | 83,885.23 | 83,885.23 | 83,885.23 |
| | | | | | | | | | | | | | | | |
| NET INCOME: | | 8,449.37 | | 10,000.83 | 9,996.83 | 10,000.83 | 10,000.83 | 7,617.75 | 7,617.75 | 7,617.75 | 7,617.75 | 8,624.81 | 15,617.75 | 15,617.75 | 15,617.75 |

1. Vacancy rate of almost 10% built in to above projections as one unit has not been paying (work performance, 21045 Osborne), notwithstanding that debtor will be trying to lease this unit and believes it eventually will.

2. First few months above include commissions to CBI partners, the debtor's court approved leasing broker. However, to the extent necessary to allow the debtor to cover expenses in any given month CBI will defer payments as necessary. Debtor will however be seeking reimbursement of leasing commissions from lender out of tenant reserve account, which would reduce expenses/bolster net income figures above by any amounts reimbursed.

3. First few months above include rent abatements to the new tenant in Mar. and Jun. 2011 (full monthly rent), and in Feb., Apr., May, Jul., Aug. and Sept. 2011 (one-half abatement). The next, and last, abatement of rent will be in month 48 of the lease. (Full monthly rent.)

4. The monthly mortgage/reserve accts figure set forth above includes principal & interest in the amount of $48,302.55 as set forth in the plan, plus ongoing payments to the following reserve/escrow acounts as required theruender - Real Estate Tax ($8,015.89); Insurance ($3,442.34); Tenant Improvement/Leasing Commission Reserve ($6,214.42); Misc. Reserve 1 ($320.00); and Reserve for Replacement ($1,782.92).

| | | 2012 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 |
| **TOTAL INCOME:** | | | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 | 102,488.07 |
| | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 | 721.00 |
| | Repairs & Maint. | 3.00% | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 | 5,665.00 |
| | MNGT. Fees | 3.00% | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 | 5,125.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 | 2,060.00 |
| | Misc. | 3.00% | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 | 1,236.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 | 84,317.08 |
| | | | | | | | | | | | | | | |
| **NET INCOME:** | | | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 | 18,170.99 |

| | | 2013 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME: | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 |
| TOTAL INCOME: | | | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 | 105,562.71 |
| | | | | | | | | | | | | | | |
| EXPENSES: | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 | 743.00 |
| | Repairs & Maint. | 3.00% | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 | 5,835.00 |
| | MNGT. Fees | 3.00% | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 | 5,279.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 |
| | Misc. | 3.00% | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 | 1,273.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| TOTAL EXPENSES: | | | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 | 84,762.08 |
| | | | | | | | | | | | | | | |
| NET INCOME: | | | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 | 20,800.63 |

| | | 2014 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 |
| **TOTAL INCOME:** | | | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 | 108,729.59 |
| | | | | | | | | | | | | | | |
| **EXPENSES:** | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 | 765.00 |
| | Repairs & Maint. | 3.00% | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 | 6,010.00 |
| | MNGT. Fees | 3.00% | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 | 5,437.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 | 2,186.00 |
| | Misc. | 3.00% | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 | 1,311.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| **TOTAL EXPENSES:** | | | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 | 85,219.08 |
| | | | | | | | | | | | | | | |
| **NET INCOME:** | | | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 | 23,510.51 |

CIP PROJECTIONS 2015

| | | 2015 Monthly Increase | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME: | | | | | | | | | | | | | | |
| | Rents/CAM Charges | 3.00% | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 |
| TOTAL INCOME: | | | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.48 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 | 111,991.98 |
| | | | | | | | | | | | | | | |
| EXPENSES: | | | | | | | | | | | | | | |
| | Mortgage/Reserve Accts. | | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 | 68,079.00 |
| | Late Fees | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Utilities | 3.00% | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 | 788.00 |
| | Repairs & Maint. | 3.00% | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 | 6,190.00 |
| | MNGT. Fees | 3.00% | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 | 5,600.00 |
| | Gardening Landscaping Cleaning | 3.00% | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 | 2,252.00 |
| | Misc. | 3.00% | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 | 1,350.00 |
| | PLAN PMTS./UNSEC. CREDITORS | | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 | 1,431.08 |
| TOTAL EXPENSES: | | | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 | 85,690.08 |
| | | | | | | | | | | | | | | |
| NET INCOME: | | | 26,301.40 | 26,301.40 | 26,301.40 | 26,301.40 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 | 26,301.90 |

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                        Chapter: 11 v                  Office: 1 (San Fernando Valley)

Assets: y                       Judge: MT                      Case Flag: PlnDue, DsclsDue


**U.S. Bankruptcy Court**

**Central District Of California**

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 3/4/2010 at 3:36 PM PST and filed on 3/4/2010

**Case Name:**          Chatsworth Industrial Park, LP
**Case Number:**        1:09-bk-27368-MT
**Document Number:** 35

**Docket Text:**
Monthly Operating Report. Operating Report Number: 2. For the Month Ending 1/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\CIP-MOR-1-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=3/4/2010] [FileNumber=32420842-0
] [2adf0689cc55195b55251b3244c894485d3179f2fd813b849f16be221b365969e58
9366b519c17ed2b426f4b2d40c1bfda6880b139ff997e181ced46101c0e8e]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

Caceres & Shamash, LLP
,

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  09-27368-MT<br>Operating Report Number:  2<br>For the Month Ending:  1/31/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     503.58

4.  RECEIPTS DURING CURRENT PERIOD:
     Accounts Receivable - Post-filing
     Accounts Receivable - Pre-filing
     General Sales
     Other (Specify)
     **Other (Specify)

     TOTAL RECEIPTS THIS PERIOD:     0.00

5.  BALANCE:     503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     Transfers to Other DIP Accounts (from page 2)     0.00
     Disbursements (from page 2)     0.00

     TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7.  ENDING BALANCE:     503.58

8.  General Account Number(s):     xxxxx5102

     Depository Name & Location:     City National Bank
                                                         Beverly Hills, CA

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____1/29/2010_____   Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS     0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     0.00

4.  RECEIPTS DURING CURRENT PERIOD:     100,417.18
   (Rents from Chatsworth Properties)

5.  BALANCE:     100,417.18

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     70,641.24

7.  ENDING BALANCE:     29,775.94

8.  CASH COLLAT Account Number(s):     xxxxx5374

   Depository Name & Location:     City National Bank
       Beverly Hills, CA

## TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/6/2010 | Elect | City National Bank | Check order charge | 128.90 |
| 1/7/2010 | Elect | City National Bank | Over draft fee for preauth debit | 29.00 |
| 1/15/2010 | 1001 | Key Bank | payment plus late fee for 01/2010 | 70,483.34 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 70,641.24 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____1/29/2010_____ Balance on Statement: _____$29,775.94

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                 $29,775.94

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX          _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:          _____
    (Transferred from General Account)

5.  BALANCE:          | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          | 0.00 |

7.  ENDING BALANCE:          | 0.00 |

8.  TAX Account Number(s):          _____
                                    _____

    Depository Name & Location:          _____
                                         _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL DISBURSEMENTS THIS PERIOD: | | | 0.00 |

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: ___N/A___          Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 29,775.94 |
| Tax Account: | |

*Other Accounts:

*Other Monies:

**Petty Cash (from below):    0.00

**TOTAL CASH AVAILABLE:**    30,279.52

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|---|---|---|

**TOTAL PETTY CASH TRANSACTIONS:**    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 |  |  | 325.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 325.00 |  |  | 0.00 | 325.00 |

Page 12 of 16

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 2/26/10 (hrng 1/26/10) | 5% of gross rents | 0.00 |
| Alan Smokler | 2/26/10 (hrng 1/26/10) | $2,000/mth | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| Operating Expenses: | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| Non-Operating Income: | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| NET INCOME/(LOSS) | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-BALANCE SHEET
(ACCRUAL BASIS ONLY)

| | Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| **TOTAL ASSETS** | | 0.00 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| **TOTAL LIABILITIES** | | 0.00 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| **TOTAL EQUITY** | | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | | 0.00 |

XI. QUESTIONNAIRE

|   | No | Yes |
|---|----|----|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|   | No | Yes |
|---|----|----|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor complied with UST requirements; obtained court authority for use of cash collateral; began looking into possible refinance of property

4. Describe potential future developments which may have a significant impact on the case:
Refinance of Chatsworth Properties would have significant impact on estate

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   | No | Yes |
|---|----|----|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,   Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3-4-/0
Date

Page 16 of 16

Principal for debtor-in-possession

**Miscellaneous:**

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                        Chapter: 11 v                   Office: 1 (San Fernando Valley)

Assets: y                       Judge: MT                       Case Flag: PlnDue, DsclsDue


**U.S. Bankruptcy Court**

**Central District Of California**

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 3/30/2010 at 11:38 AM PDT and filed on 3/30/2010

**Case Name:**         Chatsworth Industrial Park, LP
**Case Number:**       1:09-bk-27368-MT
**Document Number:** 36

**Docket Text:**
Monthly Operating Report. Operating Report Number: 3. For the Month Ending 02/28/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CIP-MOR-2-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=3/30/2010] [FileNumber=33166372-0] [8a6d8e20cf7b084da359c4b762bf038eb1057b61a0b82ab2ab0defc56e9230d499 fbdec794d87e42b697aa5ec9d582aeee9680a46cbda080f5586cde0abcacd5]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

Caceres & Shamash, LLP
,

<div align="center">

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

</div>

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                09-27368-MT<br>Operating Report Number:                        3<br>For the Month Ending:                2/28/2010 |
|---|---|

<div align="center">

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

</div>

1.   TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                503.58

2.   LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                0.00
ACCOUNT REPORTS

3.   BEGINNING BALANCE:                503.58

4.   RECEIPTS DURING CURRENT PERIOD:
     Accounts Receivable - Post-filing
     Accounts Receivable - Pre-filing
     General Sales
     Other (Specify)
     **Other (Specify)

     TOTAL RECEIPTS THIS PERIOD:                0.00

5.   BALANCE:                503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     Transfers to Other DIP Accounts (from page 2)                0.00
     Disbursements (from page 2)                0.00

     TOTAL DISBURSEMENTS THIS PERIOD:***                0.00

7.   ENDING BALANCE:                503.58

8.  General Account Number(s):                xxxxx5102

     Depository Name & Location:                City National Bank
                                                Beverly Hills, CA

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____2/26/2010_____    Balance on Statement: _____$503.58___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                              | 0.00 |

Bank statement Adjustments:                            _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                 | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS     100,417.18

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT     70,641.24
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     29,775.94

4.  RECEIPTS DURING CURRENT PERIOD:     88,916.30
    (Rents from Chatsworth Properties)

5.  BALANCE:     118,692.24

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***     86,246.30

7.  ENDING BALANCE:     32,445.94

8.  CASH COLLAT Account Number(s):     xxxxx5374

    Depository Name & Location:     City National Bank
        Beverly Hills, CA

TOTAL DISBURSEMENTS FROM CASH/QUALIFIED ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/1/2010 | 1003 | Sharon Boyar | 5% of rents for Jan. | 5,020.86 |
| 2/1/2010 | 1004 | Alan Smokler | 1/10 pay | 2,000.00 |
| 2/1/2010 | 1005 | Void | Void | 0.00 |
| 2/3/2010 | 1006 | Key Bank | payment Feb. | 67,126.99 |
| 2/4/2010 | 1007 | U.S. Trustee | U.S. Trustee quarterly fees (1st Q 2009) | 325.00 |
| 2/8/2010 | 1008 | Sharon Boyar | 5% of rent payed for 2/10 to date | 4,221.02 |
| 2/8/2010 | 1009 | Alan Smokler | 2/10 pay | 2,000.00 |
| 2/8/2010 | 1010 | Void | Void | 0.00 |
| 2/9/2010 | 1011 | Pinion Asphalt Paving | repair paving outside 21021 Osborne st | 950.00 |
| 2/9/2010 | 1012 | Cronw disposal | trash removal | 548.54 |
| 2/12/2010 | 1013 | Void | Void | 0.00 |
| 2/13/2010 | 1014 | Home Depot | sprinkler pipe and landscaping | 925.93 |
| 2/13/2010 | 1015 | Guy Amburgey | install sprinklers and repair pipe | 650.00 |
| 2/19/2010 | 1016 | Cal. Sec of State | LP1 certificate ordered for DIP bank | 40.00 |
| 2/20/2010 | 1017 | Sharon Boyar | 5% of balance for 2/10 rents | 224.80 |
| 2/22/2010 | 1018 | Charistine Wise Agency | balance owed on Ins. Umbrella | 60.00 |
| 2/22/2010 | 1019 | Void | Void | 0.00 |
| 2/20/2010 | 1020 | Guy Amburgey | deposit for tree triming at on property | 1,000.00 |
| 2/22/2010 | 1021 | City of Los Angeles | Business Taxes | 1,153.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 86,246.30 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____2/26/2010_____    Balance on Statement: _____$33,964.10

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1007 | 2/4/2010 | 325.00 |
| 1016 | 2/19/2010 | 40.00 |
| 1021 | 2/22/2010 | 1,153.16 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                              1,518.16

Bank statement Adjustments:                                      _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                              $32,445.94

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)  - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                          _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                              _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                        | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:                                           _____
    (Transferred from General Account)

5.  BALANCE:                                                                  | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                       | 0.00 |

7.  ENDING BALANCE:                                                           | 0.00 |

8.  TAX Account Number(s):                        _____
                                                  _____
    Depository Name & Location:                   _____
                                                  _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _N/A_____     Balance on Statement: _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                  | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                  | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                     | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D.  SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 32,445.94 |
| Tax Account: | |

*Other Accounts:

<br>

<br>

*Other Monies:

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

## TOTAL CASH AVAILABLE:                    32,949.52

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  | 6,495.88 |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 6,495.88 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 325.00 |  |  | 325.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII.  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 2/26/10 (hrng 1/26/10) | 5% of gross rents | 9,466.68 |
| Alan Smokler | 2/26/10 (hrng 1/26/10) | $2,000/mth | 4,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS                                          Current Month End

    Current Assets:
    Unrestricted Cash                       _____
    Restricted Cash                         _____
    Accounts Receivable                     _____
    Inventory                               _____
    Notes Receivable                        _____
    Prepaid Expenses                        _____
    Other (Itemize)                         _____
           Total Current Assets                     | 0.00 |

Property, Plant, and Equipment              _____
Accumulated Depreciation/Depletion          _____
        Net Property, Plant, and Equipment       | 0.00 |

Other Assets (Net of Amortization):
    Due from Insiders                       _____
    Other (Itemize)                         _____
         Total Other Assets                       | 0.00 |

TOTAL ASSETS                                                 | 0.00 |

LIABILITIES
Post-petition Liabilities:                  _____
    Accounts Payable                        _____
    Taxes Payable                           _____
    Notes Payable                           _____
    Professional fees                       _____
    Secured Debt                            _____
    Other (Itemize)                         _____
       Total Post-petition Liabilities          | 0.00 |

Pre-petition Liabilities:
    Secured Liabilities                     _____
    Priority Liabilities                    _____
    Unsecured Liabilities                   _____
    Other (Itemize)                         _____
       Total Pre-petition Liabilities           | 0.00 |

TOTAL LIABILITIES                                            | 0.00 |

EQUITY:
    Pre-petition Owners' Equity             _____
    Post-petition Profit/(Loss)             _____
    Direct Charges to Equity                _____
TOTAL EQUITY                                                 | 0.00 |

TOTAL LIABILITIES & EQUITY                                   | 0.00 |

XI.  QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ____ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ____ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor attempting to refinance property, while remaining current on payments to sec. creditor.

4. Describe potential future developments which may have a significant impact on the case:
Refinance of Chatsworth Properties would have significant impact on estate

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ____ |

I,   Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3 -30 -10
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MT | Case Flag: PlnDue, DsclsDue |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 5/10/2010 at 3:20 PM PDT and filed on 5/10/2010

**Case Name:**          Chatsworth Industrial Park, LP
**Case Number:**        1:09-bk-27368-MT
**Document Number:** 42

**Docket Text:**
Monthly Operating Report. Operating Report Number: 4. For the Month Ending 3/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CIP-MOR-3-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=5/10/2010] [FileNumber=34361665-0] [2449489e7f174b41233abb506498cf30a617281181cacfba6d8ed924368639dc0f 77f72d1b4b9c35eb8ea704d65234e974824ab28309f92174feb9c947e2b578]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

Caceres & Shamash, LLP
,

Sanders Accountancy Corp.
,

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:           09-27368-MT<br>Operating Report Number:                    4<br>For the Month Ending:          3/31/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                     503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                     503.58

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:                     0.00

5.  BALANCE:                     503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)          0.00
    Disbursements (from page 2)          0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***                     0.00

7.  ENDING BALANCE:                     503.58

8.  General Account Number(s):          xxxxx5102

    Depository Name & Location:          City National Bank
                                         Beverly Hills, CA

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____3/31/2010_____ Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                   | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          189,333.48

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT          156,887.54
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          32,445.94

4.  RECEIPTS DURING CURRENT PERIOD:          89,765.62
(Rents from Chatsworth Properties)

5.  BALANCE:          122,211.56

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***          78,880.79

7.  ENDING BALANCE:          43,330.77

8.  CASH COLLAT Account Number(s):          xxxxx5374

Depository Name & Location:          City National Bank
Beverly Hills, CA

# TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 3/1/2010 | 1022 | Alan Smokler | 3/01 pay | 2,000.00 |
| 3/1/2010 | 1023 | Sharon Boyar | partial pay from rents | 4,000.00 |
| 3/1/2010 | 1024 | Neat biulding maint. | repair at 21040 Nordoff | 685.00 |
| 3/1/2010 | 1025 | Guy Amburgey | Tree Triming per invoice | 1,000.00 |
| 3/1/2010 | 1026 | Key Bank | morage payment | 67,126.99 |
| 3/13/2010 | 1027 | Att | phone bill | 728.28 |
| 3/14/2010 | 1028 | franchise tax board | Corp.est tax | 800.00 |
| 3/14/2010 | 1029 | franchise tax board | Corp.est tax | 800.00 |
| 3/15/2010 | 1030 | Sharon Boyar | balance owed from rent | 488.28 |
| 3/15/2010 | 1031 | VOID | VOID | 0.00 |
| 3/15/2010 | 1032 | VOID | VOID | 0.00 |
| 3/15/2010 | 1033 | Surplus Sourcing | our % of utilities | 500.00 |
| 3/25/2010 | 1034 | Walmart | computer printer for business | 752.24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 78,880.79 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____3/31/2010_____   Balance on Statement: _____$43,330.77_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $43,330.77 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)  - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS                                              _____

3.  BEGINNING BALANCE:                                      | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:                          _____
    (Transferred from General Account)

5.  BALANCE:                                                | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                     | 0.00 |

7.  ENDING BALANCE:                                         | 0.00 |

8.  TAX Account Number(s):                    _____
                                              _____

    Depository Name & Location:               _____
                                              _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date:     N/A                    Balance on Statement:    _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                               | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 43,330.77 |
| Tax Account: | |

*Other Accounts: _____ _____

_____ _____

_____ _____

*Other Monies: _____ _____

**Petty Cash (from below): 0.00

## TOTAL CASH AVAILABLE:                                        43,834.35

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:                           0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 |  |  | 1,950.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 2,275.00 |  | 325.00 | 1,950.00 |

Page 12 of 16

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 2/26/10 (hrng 1/26/10) | 5% of gross rents | 4,488.28 |
| Alan Smokler | 2/26/10 (hrng 1/26/10) | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| Gross Profit | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS                                          Current Month End

   Current Assets:

   Unrestricted Cash                    _____

   Restricted Cash                      _____

   Accounts Receivable                  _____

   Inventory                            _____

   Notes Receivable                     _____

   Prepaid Expenses                     _____

   Other (Itemize)                      _____

          Total Current Assets   _____        |              0.00 |


Property, Plant, and Equipment              _____

Accumulated Depreciation/Depletion          _____

      Net Property, Plant, and Equipment                              |              0.00 |


Other Assets (Net of Amortization):

   Due from Insiders                    _____

   Other (Itemize)                      _____

        Total Other Assets       _____        |              0.00 |

TOTAL ASSETS                                                        |              0.00 |


LIABILITIES

Post-petition Liabilities:                   _____

   Accounts Payable                     _____

   Taxes Payable                        _____

   Notes Payable                        _____

   Professional fees                    _____

   Secured Debt                         _____

   Other (Itemize)                      _____

      Total Post-petition Liabilities   _____     |              0.00 |


Pre-petition Liabilities:

   Secured Liabilities                  _____

   Priority Liabilities                 _____

   Unsecured Liabilities                _____

   Other (Itemize)                      _____

      Total Pre-petition Liabilities   _____      |              0.00 |

TOTAL LIABILITIES                                                   |              0.00 |


EQUITY:

   Pre-petition Owners' Equity          _____

   Post-petition Profit/(Loss)          _____

   Direct Charges to Equity             _____

TOTAL EQUITY                                                        |              0.00 |

TOTAL LIABILITIES & EQUITY                                          |              0.00 |

|     |     |     | No | Yes |
| --- | --- | --- | --- | --- |

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:    **X**

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:    **X**

3. State what progress was made during the reporting period toward filing a plan of reorganization Debtor attempting to refinance property, while remaining current on payments to sec. creditor.

4. Describe potential future developments which may have a significant impact on the case: Refinance of Chatsworth Properties would have significant impact on estate

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.    **X**

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

5/10/2010
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                      Chapter: 11 v                      Office: 1 (San Fernando Valley)
Assets: y                     Judge: MT                          Case Flag: PlnDue, DsclsDue


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 6/9/2010 at 10:34 AM PDT and
filed on 6/9/2010

**Case Name:**        Chatsworth Industrial Park, LP
**Case Number:**      1:09-bk-27368-MT
**Document Number:** 50

**Docket Text:**
Monthly Operating Report. Operating Report Number: 5. For the Month Ending 4/30/10 Filed by Debtor
Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CIP-MOR-4-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/9/2010] [FileNumber=35217980-0
] [6ed1601d67611871ca4999cafaf15f7ccfabd5f3a73a9f1dcb39641dc1e3b7c55ac
2dde84fd357028cd386292ee1a3183b631a169a7c089dc4d0175d5355caed]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

Sanders Accountancy Corp.
,

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:          09-27368-MT<br>Operating Report Number:     5<br>For the Month Ending:     4/30/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........ 503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ........ 0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE: ........ 503.58

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD: ........ 0.00

5.  BALANCE: ........ 503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)        0.00
    Disbursements (from page 2)        0.00

    TOTAL DISBURSEMENTS THIS PERIOD:*** ........ 0.00

7.  ENDING BALANCE: ........ 503.58

8.  General Account Number(s):        xxxxx5102

    Depository Name & Location:        City National Bank
                                       Beverly Hills, CA

\*    All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____4/30/2010_____    Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          279,099.10

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT          235,768.33
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             43,330.77

4.  RECEIPTS DURING CURRENT PERIOD:                                85,765.62
    (Rents from Chatsworth Properties)

5.  BALANCE:                                                      129,096.39

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                            86,389.18

7.  ENDING BALANCE:                                                42,707.21

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/1/2010 | 1035 | Sharon Boyar | 4/10 pay | 4,000.00 |
| 4/1/2010 | 1036 | alan smokler | 4/10 pay | 2,000.00 |
| 4/1/2010 | 1037 | Kelly O'rourke | Tree Triming per invoice/time clock | 1,745.00 |
| 4/1/2010 | 1038 | Key Bank | mortgage payment | 67,126.99 |
| 4/1/2010 | 1039 | consolidated disposal | trash | 241.47 |
| 4/15/2010 | 1040 | AT&T | phone bill | 877.44 |
| 4/15/2010 | 1041 | crown | trash | 585.00 |
| 4/16/2010 | 1042 | sharon boyar | balance owed from rent | 288.28 |
| 4/16/2010 | 1043 | rodney inatomi | A/C work cp films | 6,200.00 |
| 4/24/2010 | 1044 | Franchise Tax Board | Fee for general partner | 250.00 |
| 4/24/2010 | 1045 | US Trustee | UST fees - 1st Q 2010 | 1,625.00 |
| 4/26/2010 | 1046 | Kelly O'rourke | replace irrigation line viquest | 1,450.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 86,389.18 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____4/30/2010_____ Balance on Statement: _____$42,957.21_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                     0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1044 | 4/24/2010 | 250.00 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                     250.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $42,707.21

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)   - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS   _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX   _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:   | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:   _____
    (Transferred from General Account)

5.  BALANCE:   | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***   | 0.00 |

7.  ENDING BALANCE:   | 0.00 |

8.  TAX Account Number(s):   _____
                            _____

    Depository Name & Location:   _____
                                  _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____          Balance on Statement: _____

Plus deposits in transit (a):

|  Deposit Date | Deposit Amount |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    | 0.00 |

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                    | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 42,707.21 |
| Tax Account: | |

*Other Accounts: _____     _____

_____     _____

_____     _____

*Other Monies: _____

**Petty Cash (from below): 0.00

### TOTAL CASH AVAILABLE: 43,210.79

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### TOTAL PETTY CASH TRANSACTIONS: 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 2,275.00 |  |  | 1,950.00 | 325.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,288.28 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |

Debtor attempting to refinance property, while remaining current on payments to sec. creditor.

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-3 BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| De                Total Current Assets | | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| **TOTAL ASSETS** | | 0.00 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| **TOTAL LIABILITIES** | | 0.00 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| **TOTAL EQUITY** | | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | | 0.00 |

# XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor attempting to refinance property & considering all other options, while remaining current on payments to secured creditor.

_____

4. Describe potential future developments which may have a significant impact on the case:
Refinance of Chatsworth Properties would have significant impact on estate

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

6-1-10
_____          _____          _____
Date                     Page 16 of 16             Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MT | Case Flag: PlnDue, DsclsDue |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 7/30/2010 at 3:36 PM PDT and filed on 7/30/2010

**Case Name:**       Chatsworth Industrial Park, LP
**Case Number:**     1:09-bk-27368-MT
**Document Number:** 55

**Docket Text:**
Monthly Operating Report. Operating Report Number: 6. For the Month Ending 5/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CIP-MOR-5-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=7/30/2010] [FileNumber=36785911-0] [ac156127acef89d0788f48fb159dff32ebfae039b34d73076410bf952807c6a2e7 9ad25ab04ef5f1ad0ec10a51309ceb837525780699d38981ba4bd2614f9396]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

Sanders Accountancy Corp.
,

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:       09-27368-MT<br>Operating Report Number:       6<br>For the Month Ending:       5/31/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     503.58

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     503.58

4.  RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:     0.00

5.  BALANCE:     503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     0.00
   Disbursements (from page 2)     0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7.  ENDING BALANCE:     503.58

8.  General Account Number(s):     xxxxx5102

   Depository Name & Location:     City National Bank
       Beverly Hills, CA

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____5/28/2010_____  Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                     | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    | 0.00 |

Bank statement Adjustments:                                         _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                 | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          364,864.72

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT          322,157.51
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             42,707.21

4.  RECEIPTS DURING CURRENT PERIOD:                               79,880.49
    (Rents from Chatsworth Properties)

5.  BALANCE:                                                      122,587.70

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                            78,904.97

7.  ENDING BALANCE:                                               43,682.73

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

# TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/1/2010 | 1047 | Alan Smokler | 5/10 Pay | 2,000.00 |
| 5/1/2010 | 1048 | Sharon Boyar | 5/10 pay | 4,000.00 |
| 5/3/2010 | 1049 | Sharon Boyar | Balance owed from rent | 400.00 |
| 5/3/2010 | 1050 | Rodney Inatomi | Repair A/C at 21019 | 2,050.00 |
| 5/4/2010 | 1051 | Key Bank | Mortgage | 67,126.99 |
| 5/12/2010 | 1052 | Sharon Boyar | Balance owed from rent | 137.00 |
| 5/12/2010 | 1053 | Kelly O'rourke | replace sump pump Osborne st driveway | 2,200.00 |
| 5/27/2010 | EleDebit | Att | Att Phones | 562.44 |
| 5/30/2010 | 1054 | Home Depot | | 428.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 78,904.97 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____5/28/2010_____    Balance on Statement: _____$44,111.27_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1054 | 5/30/2010 | 428.54 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    428.54

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $43,682.73

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX    _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                    | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:                     _____
    (Transferred from General Account)

5.  BALANCE:                                             | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                  | 0.00 |

7.  ENDING BALANCE:                                      | 0.00 |

8.  TAX Account Number(s):            _____
                                      _____
    Depository Name & Location:       _____
                                      _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___N/A___          Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 44,111.27 |
| Tax Account: | |

*Other Accounts: _____ _____

_____ _____

_____ _____

*Other Monies: _____ _____

**Petty Cash (from below): 0.00

## TOTAL CASH AVAILABLE:                                   44,614.85

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:                          0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

Page 11 of 16

IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 | 235,768.33 |  | 1-Jun-2010 | 325.00 | (325.00) |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | | 2,275.00 |  | 2,275.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

**VII SCHEDULE OF COMPENSATION PAID TO INSIDERS**

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,537.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS**

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

## QUESTIONNAIRE

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Debtor negotiating with secured creditor towards consensual plan, while considering other options and remaining current on payments

4. Describe potential future developments which may have a significant impact on the case:
Agreement with secured lender; refinance of property

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

7-28-10
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MT | Case Flag: PlnDue, DsclsDue |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 7/30/2010 at 3:38 PM PDT and filed on 7/30/2010

**Case Name:**　　Chatsworth Industrial Park, LP
**Case Number:**　1:09-bk-27368-MT
**Document Number:** 56

**Docket Text:**
Monthly Operating Report. Operating Report Number: 7. For the Month Ending 6/30/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CIP-MOR-6-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=7/30/2010] [FileNumber=36786120-0] [4c0086c057b2dd8dc82ba6ae223b5a5ca38644f39be1c743f1aae7cf76ca0b564f 39fbbf58f93c0d7d3fb44cc860490fa283375b4f699cde769b2a9afe382d23]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

Sanders Accountancy Corp.
,

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:  09-27368-MT<br>Operating Report Number:  7<br>For the Month Ending:  6/30/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ___503.58___

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ___0.00___
ACCOUNT REPORTS

3. BEGINNING BALANCE: ___503.58___

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing _____
   Accounts Receivable - Pre-filing _____
   General Sales _____
   Other (Specify) _____
   **Other (Specify) _____

   TOTAL RECEIPTS THIS PERIOD: ___0.00___

5. BALANCE: ___503.58___

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) ___0.00___
   Disbursements (from page 2) ___0.00___

   TOTAL DISBURSEMENTS THIS PERIOD:*** ___0.00___
   C

7. ENDING BALANCE: ___503.58___

8. General Account Number(s): ___xxxxx5102___

   Depository Name & Location: ___City National Bank___
   ___Beverly Hills, CA___

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____6/30/2010_____    Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          444,745.21

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT          401,062.48
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             43,682.73

4.  RECEIPTS DURING CURRENT PERIOD:                               98,329.17
    (Rents from Chatsworth Properties)

5.  BALANCE:                                                      142,011.90

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                            82,075.63

7.  ENDING BALANCE:                                               59,936.27

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

# TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6/1/2010 | 1055 | sharon Boyar | 6/10 pay | 4,500.00 |
| 6/1/2010 | 1056 | Alan Smokler | 6/10 pay | 2,000.00 |
| 6/1/2010 | 1057 | Brandon Holmes | Laborer | 200.00 |
| 6/1/2010 | 1058 | void | void | 0.00 |
| 6/1/2010 | 1059 | Crown Disposal | Trash | 96.95 |
| 6/1/2010 | 1060 | Key Bank | mortgage | 67,126.99 |
| 6/1/2010 | 1061 | US Trustee | Q fees (complete underpay of 1st Q '10) | 325.00 |
| 6/6/2010 | 1062 | Att | Att Phones | 633.21 |
| 6/6/2010 | 1063 | void | void | 0.00 |
| 6/7/2010 | 1064 | Home Depot | building 21029 plumbing and paint | 1,542.72 |
| 6/7/2010 | 1065 | void | void | 0.00 |
| 6/7/2010 | 1066 | John Paul Chalupa | Laborer | 950.00 |
| 6/11/2010 | 1067 | sharon Boyar | balance of pay from 6/10 | 416.50 |
| 6/15/2010 | 1068 | Surplus Sorcing | Utilities for office | 500.00 |
| 6/14/2010 | 1069 | Tray Nelson | painting | 850.00 |
| 6/17/2010 | 1070 | Consolidated Disposal | trash for LA Wheel | 434.26 |
| 6/23/2010 | 1071 | Tray Nelson | balance for painting | 200.00 |
| 6/27/2010 | 1072 | U.S. Trustee | Q fees (to apply to 2nd Q '10) | 325.00 |
| 6/30/2010 | 1076 | John Stoscher | Install plumbing fixtures | 1,975.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 82,075.63 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____6/30/2010_____    Balance on Statement: _____$60,261.27_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1072 | 6/27/2010 | 325.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    325.00

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $59,936.27

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)  - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX    _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:    | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:    _____
    (Transferred from General Account)

5.  BALANCE:    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7.  ENDING BALANCE:    | 0.00 |

8.  TAX Account Number(s):    _____
    _____
    Depository Name & Location:    _____
    _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____    Balance on Statement: _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 59,936.27 |
| Tax Account: | |

*Other Accounts: _____    _____

_____    _____

_____    _____

*Other Monies: _____    _____

**Petty Cash (from below):    0.00

## TOTAL CASH AVAILABLE:    60,439.85

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

## TOTAL PETTY CASH TRANSACTIONS:    0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation | | | | |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle | | | | |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |
| | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 | 235,768.33 | | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 | 247,369.78 | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | 4,225.00 | | | 2,600.00 | 1,625.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,916.50 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-3 BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS                                      Current Month End

    Current Assets:
    Unrestricted Cash
    Restricted Cash
    Accounts Receivable
    Inventory
    Notes Receivable
    Prepaid Expenses
    Other (Itemize)
                Total Current Assets                                 0.00

Property, Plant, and Equipment
Accumulated Depreciation/Depletion
          Net Property, Plant, and Equipment                   0.00

Other Assets (Net of Amortization):
    Due from Insiders
    Other (Itemize)
               Total Other Assets                                  0.00

TOTAL ASSETS                                                               0.00

LIABILITIES
Post-petition Liabilities:
    Accounts Payable
    Taxes Payable
    Notes Payable
    Professional fees
    Secured Debt
    Other (Itemize)
           Total Post-petition Liabilities                      0.00

Pre-petition Liabilities:
    Secured Liabilities
    Priority Liabilities
    Unsecured Liabilities
    Other (Itemize)
           Total Pre-petition Liabilities                       0.00

TOTAL LIABILITIES                                                          0.00

EQUITY:
    Pre-petition Owners' Equity
    Post-petition Profit/(Loss)
    Direct Charges to Equity
TOTAL EQUITY                                                               0.00

TOTAL LIABILITIES & EQUITY                                                 0.00

QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:     No __X__   Yes ____

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:     No __X__   Yes ____

3. State what progress was made during the reporting period toward filing a plan of reorganization Debtor negotiating with secured creditor towards consensual plan, while considering other options and remaining current on payments

4. Describe potential future developments which may have a significant impact on the case: Agreement with secured lender; refinance of property

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.     No __X__   Yes ____

I, Sharon Boyar, President of Debtor's General Partner, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

7-28-10
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 1 (San Fernando Valley) |
| Assets: y | Judge: MT | Case Flag: PlnDue, DsclsDue |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 8/19/2010 at 5:27 PM PDT and filed on 8/19/2010

**Case Name:**          Chatsworth Industrial Park, LP
**Case Number:**        1:09-bk-27368-MT
**Document Number:** 57

**Docket Text:**
Monthly Operating Report. Operating Report Number: 8. For the Month Ending 7/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\CIP-MOR-7-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/19/2010] [FileNumber=37400442-0] [63931cac473982206eb7e4077749b2964f263c84a936a5e3eede28480fddf02fc8 7e0b09aca0a40cbf3b283e692699c75a8826e82006cf7cd810b4347e89edb3]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Debtor Chatsworth Industrial Park, LP
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

Sanders Accountancy Corp.
,

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:        09-27368-MT<br>Operating Report Number:      8<br>For the Month Ending:      7/31/2010 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     503.58

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:     0.00

5.  BALANCE:     503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)     0.00
    Disbursements (from page 2)     0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***     0.00
    C

7.  ENDING BALANCE:     503.58

8.  General Account Number(s):     xxxxx5102

    Depository Name & Location:     City National Bank
                                       Beverly Hills, CA

*    All receipts must be deposited into the general account.
**   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____7/30/2010_____   Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                    0.00

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                    $503.58

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          543,074.38

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT          483,138.11
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             59,936.27

4.  RECEIPTS DURING CURRENT PERIOD:                               89,480.23
    (Rents from Chatsworth Properties)

5.  BALANCE:                                                      149,416.50

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                            80,226.77

7.  ENDING BALANCE:                                               69,189.73

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

# TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 7/1/2010 | 1073 | sharon Boyar | 7/10 pay | 4,875.00 |
| 7/1/2010 | 1074 | Alan Smokler | 7/10 pay | 2,000.00 |
| 7/1/2010 | 1075 | Crown Disposal | Trash | 196.83 |
| 7/1/2010 | 1077 | Key Bank | mortgage | 67,126.99 |
| 7/6/2010 | 1078 | VOID | VOID | 0.00 |
| 7/6/2010 | 1079 | Brandon Holmes | Laborer | 805.00 |
| 7/6/2010 | 1080 | Home Depot | Supplies, Osborne | 687.28 |
| 7/13/2010 | 1081 | Brandon Holmes | Laborer | 500.00 |
| 7/13/2010 | 1082 | Imperial irrigation | sprinkler repairs | 1,051.15 |
| 7/14/2010 | Elect | Att | Att Phones | 585.99 |
| 7/20/2010 | 1083 | Consolidated Disposal | trash pickup | 123.53 |
| 7/20/2010 | 1084 | U.S. Trustee | Q fees (to apply to balance of 2nd Q '10) | 1,625.00 |
| 7/29/2010 | 1085 | Vic Nol | Laborer | 650.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 80,226.77 |

CASH COLLATERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 7/30/2010 | Balance on Statement: | $71,588.26 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1083 | 7/20/2010 | 123.53 |
| 1084 | 7/20/2010 | 1,625.00 |
| 1085 | 7/29/2010 | 650.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:

2,398.53

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:

$69,189.73

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

3. BEGINNING BALANCE:     | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:
   (Transferred from General Account)     _____

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. TAX Account Number(s):     _____
       _____

   Depository Name & Location:     _____
       _____

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____          Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

| | |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 69,189.73 |
| Tax Account: | |

*Other Accounts: _____  _____

_____  _____

_____  _____

*Other Monies: _____

**Petty Cash (from below):  0.00

## TOTAL CASH AVAILABLE:                                   69,693.31

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:                          0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | TOTAL DUE: 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 |  |  | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 |  |  | 20-Jul-2010 | 1,625.00 | (1,625.00) |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 4,225.00 |  | 4,225.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,875.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-3 BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

| | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

_____

| | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization Debtor negotiating with secured creditor towards consensual plan, while considering other options and remaining current on payments. Debtor anticipates filing plan next month.

_____

4. Describe potential future developments which may have a significant impact on the case:
Agreement with secured lender; refinance of property

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

_____

I,   Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

8-19-10
**Date**

Page 16 of 16

**Principal for debtor-in-possession**

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                      Chapter: 11 v                 Office: 1 (San Fernando Valley)
Assets: y                     Judge: MT


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 10/25/2010 at 11:07 AM PDT and filed on 10/25/2010

**Case Name:**          Chatsworth Industrial Park, LP
**Case Number:**        1:09-bk-27368-MT
**Document Number:** 68

**Docket Text:**
Monthly Operating Report. Operating Report Number: 9. For the Month Ending 8/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\CIPO-MOR 8-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/25/2010] [FileNumber=39412536
-0] [034240ef35ff0239a4fb654482eb019fe760ed3b66c1845e899b4dadb5d7f3212
ee32ad10f29938682a41f56a785cf424bb3a54fd499060436ec117fd754341a]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Accountant Sanders Accountancy Corp.
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:         09-27368-MT<br>Operating Report Number:     9<br>For the Month Ending:     8/31/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     0.00

3.  BEGINNING BALANCE:     503.58

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:     0.00

5.  BALANCE:     503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)     0.00
    Disbursements (from page 2)     0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***     0.00
    C

7.  ENDING BALANCE:     503.58

8.  General Account Number(s):     xxxxx5102

    Depository Name & Location:     City National Bank
        Beverly Hills, CA

\*    All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____8/31/2010_____   Balance on Statement: _____$503.58_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                       | 0.00 |

Bank statement Adjustments:                                     _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          632,554.61

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT          563,364.88
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                            69,189.73

4.  RECEIPTS DURING CURRENT PERIOD:                                                  89,478.23
(Rents from Chatsworth Properties)

5.  BALANCE:                                                                                             158,667.96

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***                                      103,421.71

7.  ENDING BALANCE:                                                                             55,246.25

8.  CASH COLLAT Account Number(s):          xxxxx5374

Depository Name & Location:                    City National Bank
                                                            Beverly Hills, CA

TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/1/2010 | 1086 | sharon Boyar | 8/10 pay | 4,500.00 |
| 8/1/2010 | 1087 | Alan Smokler | 8/10 pay | 2,000.00 |
| 8/1/2010 | 1088 | Key Bank | mortgage | 67,126.99 |
| 8/1/2010 | 1089 | A Gutierrez | roofing | 25,000.00 |
| 8/1/2010 | 1090 | VOID | VOID | 0.00 |
| 8/1/2010 | 1091 | VOID | VOID | 0.00 |
| 8/6/2010 | 1092 | Brandon Holmes | Laborer | 600.00 |
| 8/6/2010 | 1093 | Jean Paul Chalupa | Laborer | 1,495.00 |
| 8/11/2010 | 1094 | Crown Disposal | trash pickup | 96.95 |
| 8/13/2010 | Elect | Att | Att Phones | 432.32 |
| 8/12/2010 | 1095 | Imperial Irrigation | maint & repair | 1,300.00 |
| 8/12/2010 | 1096 | Trey Nellson | Laborer | 600.00 |
| 8/12/2010 | 1097 | VOID | VOID | 0.00 |
| 8/24/2010 | 1098 | Adrian Servin | Laborer | 200.00 |
| 8/25/2010 | Elect | CNB | New Checks | 70.45 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 103,421.71 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____8/31/2010_____   Balance on Statement: _____$55,246.25_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $55,246.25

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX          _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:          _____
    (Transferred from General Account)

5.  BALANCE:          | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          | 0.00 |

7.  ENDING BALANCE:          | 0.00 |

8.  TAX Account Number(s):          _____
                                    _____

    Depository Name & Location:     _____
                                    _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____N/A_____          Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                              _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. DISUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 55,246.25 |
| Tax Account: | |
| *Other Accounts: | |
| | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                              55,749.83

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                              0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 |  |  | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 |  |  | 20-Jul-2010 | 1,625.00 | (1,625.00) |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 4,225.00 |  | 4,225.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,500.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| Gross Profit | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| NET INCOME/(LOSS) | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-3 BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS                                              Current Month End

    Current Assets:
    Unrestricted Cash                      _____
    Restricted Cash                        _____
    Accounts Receivable                    _____
    Inventory                              _____
    Notes Receivable                       _____
    Prepaid Expenses                       _____
    Other (Itemize)                        _____
         Total Current Assets       |                    0.00 |

Property, Plant, and Equipment             _____
Accumulated Depreciation/Depletion         _____
    Net Property, Plant, and Equipment               |                    0.00 |

Other Assets (Net of Amortization):
    Due from Insiders                      _____
    Other (Itemize)                        _____
        Total Other Assets          |                    0.00 |

TOTAL ASSETS                                         |                    0.00 |

LIABILITIES
Post-petition Liabilities:                  _____
    Accounts Payable                       _____
    Taxes Payable                          _____
    Notes Payable                          _____
    Professional fees                      _____
    Secured Debt                           _____
    Other (Itemize)                        _____
       Total Post-petition Liabilities    |                    0.00 |

Pre-petition Liabilities:
    Secured Liabilities                    _____
    Priority Liabilities                   _____
    Unsecured Liabilities                  _____
    Other (Itemize)                        _____
       Total Pre-petition Liabilities     |                    0.00 |

TOTAL LIABILITIES                                    |                    0.00 |

EQUITY:
    Pre-petition Owners' Equity            _____
    Post-petition Profit/(Loss)            _____
    Direct Charges to Equity               _____
TOTAL EQUITY                                         |                    0.00 |

TOTAL LIABILITIES & EQUITY                           |                    0.00 |

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization Debtor negotiating with secured creditor towards consensual plan, while considering other options and remaining current on payments. Debtor filed plan, hrng set for 9/30/10.

4. Describe potential future developments which may have a significant impact on the case: Agreement with secured lender; refinance of property

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Sharon Boyar, President of Debtor's General Partner, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

10-22-10
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                    Chapter: 11 v                    Office: 1 (San Fernando Valley)
Assets: y                    Judge: MT


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 11/17/2010 at 12:25 PM PST and filed on 11/17/2010

**Case Name:**          Chatsworth Industrial Park, LP
**Case Number:**        1:09-bk-27368-MT
**Document Number:** 73

**Docket Text:**
Monthly Operating Report. Operating Report Number: 10. For the Month Ending 9/30/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\CIP-MOR 9-10-rev-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=11/17/2010] [FileNumber=40097108 -0] [6e74be462a5677743818a8059c43623b4aaac36d442c59639775fc061c7dc59d3 8609fa4c6cfe66ebf949df4bc305e6a0d9116714a4766bde02115bd0108db72]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Accountant Sanders Accountancy Corp.
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:              09-27368-MT<br>Operating Report Number:              10<br>For the Month Ending:              9/30/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.   TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS              503.58

2.   LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL              0.00
ACCOUNT REPORTS

3.   BEGINNING BALANCE:              503.58

4.   RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:              0.00

5.   BALANCE:              503.58

6.   LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)              0.00
    Disbursements (from page 2)              0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***              0.00
    C
7.   ENDING BALANCE:              503.58

8.   General Account Number(s):              xxxxx5102

    Depository Name & Location:              City National Bank
                                                        Beverly Hills, CA

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____9/30/2010_____ Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____                   | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                   | 0.00 |

Bank statement Adjustments:                   _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                   | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS        722,032.84

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT        666,786.59
ACCOUNT REPORTS

3.  BEGINNING BALANCE:        55,246.25

4.  RECEIPTS DURING CURRENT PERIOD:        89,478.23
    (Rents from Chatsworth Properties)

5.  BALANCE:        144,724.48

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***        101,730.02

7.  ENDING BALANCE:        42,994.46

8.  CASH COLLAT Account Number(s):        xxxxx5374

    Depository Name & Location:        City National Bank
                                       Beverly Hills, CA

TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/1/2010 | 1100 | sharon Boyar | 9/10 pay | 4,500.00 |
| 9/1/2010 | 1101 | Alan Smokler | 9/10 pay | 2,000.00 |
| 9/1/2010 | 1102 | Vic Nol | laborer | 710.00 |
| 9/1/2010 | 1103 | A Gutierrez roofing | balance of roofing bill | 23,500.00 |
| 9/2/2010 | 1104 | Sara Saenz | janitorial | 750.00 |
| 9/1/2010 | 1105 | Keybank | mortgage | 67,126.99 |
| 9/10/2010 | 1106 | VOID | VOID | 0.00 |
| 9/10/2010 | 1107 | J&S trucking | haul trash & debris | 750.00 |
| 9/10/2010 | 1108 | Tray Nelson | laborer | 250.00 |
| 9/14/2010 | 1109 | LA DWP | utilities | 300.00 |
| 9/15/2010 | Elect | Att | Att Phones | 478.05 |
| 9/23/2010 | 1110 | VOID | VOID | 0.00 |
| 9/22/2010 | Elect | CNB-Harland Clark | New Checks | 71.22 |
| 9/23/2010 | 1111 | Cody Bryson | laborer | 800.00 |
| 9/28/2010 | 1112 | Home Depot | supplies | 93.76 |
| 9/29/2010 | 1113 | Rachel Fierro | laborer | 400.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 101,730.02 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____9/30/2010_____  Balance on Statement: _____$42,994.46____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $42,994.46 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS          _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX          _____
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:          _____
    (Transferred from General Account)

5.  BALANCE:          | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          | 0.00 |

7.  ENDING BALANCE:          | 0.00 |

8.  TAX Account Number(s):          _____
                                    _____

    Depository Name & Location:          _____
                                         _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date:  <u>N/A</u>          Balance on Statement:  _____

Plus deposits in transit (a):

|  | <u>Deposit Date</u> | <u>Deposit Amount</u> |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| <u>Check Number</u> | <u>Check Date</u> | <u>Check Amount</u> |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

:..........................................................................:

ADJUSTED BANK BALANCE:                                       | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 42,994.46 |
| Tax Account: | |

\*Other Accounts: _____    _____

_____    _____

_____    _____

\*Other Monies: _____    _____

\*\*Petty Cash (from below):    0.00

**TOTAL CASH AVAILABLE:**    43,498.04

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**    0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/30/2010 | 10/30/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/30/2010 | 10/30/2010 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/30/2010 | 10/30/2010 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 |  |  | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 |  |  | 20-Jul-2010 | 1,625.00 | (1,625.00) |
| 30-Sep-2010 | 285,378.50 | 1,950.00 | 8-Nov-2010 | 1,950.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 6,175.00 |  | 6,175.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,500.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT
## (ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 0.00 | 0.00 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| | | |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

# X - BALANCE SHEET
## (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization Disc Stmt hrng continued from 9/30/10 to 11/17/10. In meantime, Debtor remaining current on payments and exploring alternatives such as potential equity partner

4. Describe potential future developments which may have a significant impact on the case:
Agreement with secured lender; refinance of property; equity investment

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

11-16-10
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                    Chapter: 11 v                    Office: 1 (San Fernando Valley)
Assets: y                   Judge: MT

**U.S. Bankruptcy Court**

**Central District Of California**

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 12/19/2010 at 3:05 PM PST and filed on 12/19/2010
**Case Name:**          Chatsworth Industrial Park, LP
**Case Number:**        1:09-bk-27368-MT
**Document Number:** 78

**Docket Text:**
Monthly Operating Report. Operating Report Number: 11. For the Month Ending 10/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\JOE'S FILES\CACERES & SHAMASH LLP\Chatsworth Ind Park, LP\UST Compliance\MOR's\CIP-MOR 10-10-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=12/19/2010] [FileNumber=41043164 -0] [7a691839c1bbf643773a1efe8607f34f0596e8650c5dd92ee5573ebece662def1 0cd76dcc335ee7da51513b49248ca457579348b1ca5eb34da7a79fbf11dbcec]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Accountant Sanders Accountancy Corp.
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Ira Benjamin Katz on behalf of Creditor Law Offices of Ira Benjamin Katz, APC
Ikatz@katzlaw.net

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP

cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:                09-27368-MT<br>Operating Report Number:                    11<br>For the Month Ending:            10/31/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                    503.58

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:                                0.00

5.  BALANCE:                                        503.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)            0.00
    Disbursements (from page 2)                    0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***                        0.00
    C

7.  ENDING BALANCE:                                    503.58

8.  General Account Number(s):            xxxxx5102

    Depository Name & Location:        City National Bank
                                        Beverly Hills, CA

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| N/A | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____10/31/2010_____    Balance on Statement: _____$503.58

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      | $503.58 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS          811,511.07

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIIOR CASH COLLAT          768,516.61
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             42,994.46

4.  RECEIPTS DURING CURRENT PERIOD:                                87,844.45
    (Rents from Chatsworth Properties)

5.  BALANCE:                                                       130,838.91

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                            90,267.02

7.  ENDING BALANCE:                                                40,571.89

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

TOTAL DISBURSEMENTS FROM CASH/OPERATING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/1/2010 | 1114 | sharon Boyar | 10/10 pay | 4,500.00 |
| 10/1/2010 | 1115 | Alan Smokler | 10/10 pay | 2,000.00 |
| 10/1/2010 | 1116 | Imperial irrigation | repairs | 1,621.00 |
| 10/1/2010 | 1117 | Crown disposal | debris/trash | 195.35 |
| 10/1/2010 | 1118 | Consolidated disposal | debris/trash | 245.07 |
| 10/1/2010 | 1119 | Vic Nol | laborer | 510.00 |
| 10/4/2010 | 1120 | Farmers Ins | umbrella | 1,102.80 |
| 10/4/2010 | 1121 | Farmers Ins | umbrella balance | 1,689.45 |
| 10/6/2010 | 1122 | Burrtec disposal | trash | 588.71 |
| 10/6/2010 | 1123 | Keybank | mortgage | 67,126.99 |
| 10/6/2010 | 1124 | Jean Chelopa | laborer | 725.00 |
| 10/10/2010 | 1125 | VOID | VOID | 0.00 |
| 10/12/2010 | 1126 | sharon Boyar | reimb pty csh exp (pstg, envelopes, etc) | 350.00 |
| 10/15/2010 | 1127 | Home Depot | supplies | 269.17 |
| 10/18/2010 | Elect | ATT | phones | 454.60 |
| 10/19/2010 | Elect | CNB | bank fee | 7.00 |
| 10/20/2010 | 1128 | Home Depot | roof repair supplies | 241.27 |
| 10/21/2010 | 1129 | Trey Nelson | laborer | 400.00 |
| 10/21/2010 | 1130 | Imperial irrigation | repairs | 665.61 |
| 10/21/2010 | 1131 | LA DWP | utlilities | 250.00 |
| 10/23/2010 | 1132 | John Stoscher | repairs | 725.00 |
| 10/26/2010 | 1133 | Adrian Serius | laborer | 100.00 |
| 10/27/2010 | 1134 | VOID | VOID | 0.00 |
| 10/27/2010 | 1135 | VOID | VOID | 0.00 |
| 10/27/2010 | 1136 | VOID | VOID | 0.00 |
| 10/27/2010 | 1137 | sharon Boyar | 11/10 pay | 4,500.00 |
| 10/27/2010 | 1138 | Alan Smokler | 11/10 pay | 2,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 90,267.02 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____10/31/2010_____   Balance on Statement: _____$40,571.89_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                           | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $40,571.89 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX _____
ACCOUNT REPORTS

3. BEGINNING BALANCE: | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD: _____
   (Transferred from General Account)

5. BALANCE: | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |

7. ENDING BALANCE: | 0.00 |

8. TAX Account Number(s): _____
   _____

   Depository Name & Location: _____
   _____

# TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date:   <u>N/A</u>          Balance on Statement:   _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                     | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 503.58 |
| Cash Collat Account: | 40,571.89 |
| Tax Account: | |

*Other Accounts: _____   _____

_____   _____

_____   _____

*Other Monies: _____   _____

**Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:** | 41,075.47 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:** | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/31/2011 | 10/31/2011 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/31/2011 | 10/31/2011 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/31/2011 | 10/31/2011 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 |  |  | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 |  |  | 20-Jul-2010 | 1,625.00 | (1,625.00) |
| 30-Sep-2010 | 285,378.50 | 1,950.00 | 8-Nov-2010 | 1,950.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 6,175.00 |  | 6,175.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

### VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,500.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | _____ | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | _____ | 0.00 |
| | | |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | _____ | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | _____ | 0.00 |
| | | |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| | | |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Disc Stmt hrng continued from 11/17/10 to 1/27/11. In meantime, Debtor remaining current on payments and continuing to explore alternatives.

4. Describe potential future developments which may have a significant impact on the case:
Agmt with secured lender; refinance of property; equity investment; outcome of plan hrngs

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

12/19/2010
Date

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                        Chapter: 11 v            Office: 1 (San Fernando Valley)
Assets: y                       Judge: MT


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 1/10/2011 at 6:10 AM PST and
filed on 1/10/2011

**Case Name:**        Chatsworth Industrial Park, LP
**Case Number:**      1:09-bk-27368-MT
**Document Number:** 81

**Docket Text:**
Monthly Operating Report. Operating Report Number: 12. For the Month Ending 11/30/10 Filed by
Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\JOE'S FILES\CACERES & SHAMASH LLP\Chatsworth Ind Park, LP\UST
Compliance\MOR's\CIP-MOR 11-10-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/10/2011] [FileNumber=41582656-
0] [c8ecbe1554c4753e29bb5ea7a37c6a330fe0cd1139c52194bd51a0934851c5cdc5
ff60b2409657029dd85414394ea8e31fff73312594823e8d65cc63dc14e3ee]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Accountant Sanders Accountancy Corp.
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Ira Benjamin Katz on behalf of Creditor Law Offices of Ira Benjamin Katz, APC
Ikatz@katzlaw.net

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP

cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:          1:09-bk-27368-MT<br>Operating Report Number:      12<br>For the Month Ending:      11/30/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 503.58

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL — 0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE: — 503.58

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)     *Inadvertent Deposit of Rents*     33,239.31
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD: — 33,239.31

5.  BALANCE: — 33,742.89

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)     0.00
    Disbursements (from page 2)     5.00

    TOTAL DISBURSEMENTS THIS PERIOD:*** — 5.00

7.  ENDING BALANCE: — 33,737.89

8.  General Account Number(s):      xxxxx5102

    Depository Name & Location:      City National Bank
                                  Beverly Hills, CA

\*    All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 10/31/2010 | Elect | CNB | Bank fee | | 2.50 | 2.50 |
| 11/30/2010 | Elect | CNB | Bank fee | | 2.50 | 2.50 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 5.00 | $5.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____11/30/2010_____    Balance on Statement: _____$33,737.89_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $33,737.89 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS                899,355.52

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT                 858,783.63
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                    40,571.89

4.  RECEIPTS DURING CURRENT PERIOD:                                       54,605.14
    *(Rents -not including rent inadvertently deposited to general acct)*

5.  BALANCE:                                                              95,177.03

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                   89,838.21

7.  ENDING BALANCE:                                                        5,338.82

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

# TOTAL DISBURSEMENTS FROM CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/2/2010 | 1139 | Henry Sanders | Court approved accountant fee | 3,300.00 |
| 11/2/2010 | 1140 | Void | Void | 0.00 |
| 11/1/2010 | 1141 | Carley Wigsdahl | labor | 300.00 |
| 11/1/2010 | 1142 | Consolidated Disposal | debris/trash | 367.49 |
| 11/1/2010 | 1143 | Crown Disposal | debris/trash | 96.95 |
| 11/3/2010 | 1144 | Vic Nol | labor | 510.00 |
| 11/3/2010 | 1145 | Home Depot | supplies | 367.38 |
| 11/3/2010 | 1146 | AT&T | phones | 502.82 |
| 11/4/2010 | 1147 | Adrian Servin | labor | 975.00 |
| 11/4/2010 | 1148 | Keybank | Mortgage | 67,126.99 |
| 11/8/2010 | 1149 | U.S. Trustee | Qtly fee-3rd Q '10 - check returned | 0.00 |
| 11/8/2010 | 1149 | U.S. Trustee | Qtly fee-3rd Q '10 | 1,950.00 |
| 11/8/2010 | 1150 | Imperial Irrigation | repairs | 2,000.00 |
| 11/8/2010 | 1151 | D&D Mechanical | Annual fire & sprinkler inspection | 300.00 |
| 11/9/2010 | 1152 | A&S Trucking | Hauling | 700.00 |
| 11/9/2010 | 1153 | Jean Chalupa | labor | 300.00 |
| 11/10/2010 | 1154 | Void | Void | 0.00 |
| 11/10/2010 | 1155 | Void | Void | 0.00 |
| 11/11/2010 | 1156 | Adrian Servin | labor - check returned | 0.00 |
| 11/11/2010 | 1157 | A&S Trucking | Hauling - check returned | 0.00 |
| 11/11/2010 | 1157 | A&S Trucking | Hauling | 800.00 |
| 11/15/2010 | Elect | CNB | NSF fee # 1149 | 34.00 |
| 11/15/2010 | Elect | CNB | NSF fee # 1156 | 34.00 |
| 11/15/2010 | Elect | CNB | NSF fee # 1157 | 34.00 |
| 11/23/2010 | 1158 | Adrian Servin | replace check # 1156 | 1,965.00 |
| 11/23/2010 | 1159 | Sharon Boyar | 12/10 pay | 4,500.00 |
| 11/23/2010 | 1160 | Alan Smokler | 12/10 pay | 2,000.00 |
| 11/26/2010 | 1161 | Home Depot | supplies | 742.75 |
| 11/29/2010 | 1162 | AT&T | phones | 931.83 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 89,838.21 |

CASH COLLAT ACCOUNT
BANK RECONCILIATION

Bank statement Date:  _____11/30/2010_____   Balance on Statement:  _____$5,338.82_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:                                    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                         | $5,338.82 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX     _____
ACCOUNT REPORTS

3. BEGINNING BALANCE:     | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:     _____
   (Transferred from General Account)

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. TAX Account Number(s):     _____
       _____

   Depository Name & Location:     _____
       _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL DISBURSEMENTS THIS PERIOD:** | | 0.00 |

## TAX ACCOUNT
## BANK RECONCILIATION

Bank statement Date:  <u>N/A</u>          Balance on Statement:  _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                  | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                  | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                  | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 33,737.89 |
| Cash Collat Account: | 5,338.82 |
| Tax Account: |  |
| *Other Accounts: |  |
|  |  |
|  |  |
| *Other Monies: |  |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                        39,076.71

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**TOTAL PETTY CASH TRANSACTIONS:**                0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: _____ |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/31/2011 | 10/31/2011 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/31/2011 | 10/31/2011 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/31/2011 | 10/31/2011 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 |  |  | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 |  |  | 20-Jul-2010 | 1,625.00 | (1,625.00) |
| 30-Sep-2010 | 285,378.50 | 1,950.00 | 8-Nov-2010 | 1,950.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 6,175.00 |  | 6,175.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,500.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization Disc Stmt hrng continued from 11/17/10 to 1/27/11. In meantime, Debtor remaining current on payments and continuing to explore alternatives.

4. Describe potential future developments which may have a significant impact on the case:
Agmt with secured lender; refinance/sale of property; equity investment; outcome of plan hrngs

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_1-7-11_
Date

Page 16 of 16

Principal for debtor-in-possession

## Miscellaneous:

1:09-bk-27368-MT Chatsworth Industrial Park, LP

Type: bk                    Chapter: 11 v                Office: 1 (San Fernando Valley)
Assets: y                   Judge: MT

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joseph Caceres entered on 1/11/2011 at 6:52 PM PST and filed on 1/11/2011

**Case Name:**        Chatsworth Industrial Park, LP
**Case Number:**      1:09-bk-27368-MT
**Document Number:** 83

**Docket Text:**
Monthly Operating Report. Operating Report Number: 13. For the Month Ending 12/31/10 Filed by Debtor Chatsworth Industrial Park, LP. (Caceres, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\JOE'S FILES\CACERES & SHAMASH LLP\Chatsworth Ind Park, LP\UST Compliance\MOR's\CIP-MOR 12-10-ff.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/11/2011] [FileNumber=41668351-0] [8c51966a3967847c2524b7db8bb195a2c632759a5659804e99139a16b720de507e 7b2ca52a30f463fefbbc5174b9908c8872ca68407657a097f83c5e4fc63c84]]

**1:09-bk-27368-MT Notice will be electronically mailed to:**

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Joseph Caceres on behalf of Accountant Sanders Accountancy Corp.
jec@locs.com, generalbox@locs.com

Sandi M Colabianchi on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
scolabianchi@gordonrees.com

Ira Benjamin Katz on behalf of Creditor Law Offices of Ira Benjamin Katz, APC
Ikatz@katzlaw.net

Charles Shamash on behalf of Debtor Chatsworth Industrial Park, LP

cs@locs.com, generalbox@locs.com

Valerie L Smith on behalf of Creditor CSFB 2003-C4 Nordhoff Limited Partnership
vsmith@gordonrees.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**1:09-bk-27368-MT Notice will not be electronically mailed to:**

CBI Partners, Inc.
,

Caceres & Shamash, LLP
,

Traci S. Lagasse on behalf of Creditor Jalmar Properties Inc
11232 El Camnino Real Ste 250
San Diego, CA 92130

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CHATSWORTH INDUSTRIAL PARK, LP<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:               1:09-bk-27368-MT<br>Operating Report Number:               13<br>For the Month Ending:         12/31/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          33,742.89

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          5.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          33,737.89

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales
Other (Specify)
**Other (Specify)

TOTAL RECEIPTS THIS PERIOD:          0.00

5.  BALANCE:          33,737.89

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          0.00
Disbursements (from page 2)          0.00

TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7.  ENDING BALANCE:          33,737.89

8.  General Account Number(s):          xxxxx5102

Depository Name & Location:          City National Bank
          Beverly Hills, CA

*    All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| None | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____12/31/2010_____    Balance on Statement: _____$33,737.89_____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____    _____    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $33,737.89 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (CASH COLLATERAL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CASH COLLAT ACCT REPORTS                953,960.66

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CASH COLLAT                948,621.84
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      5,338.82

4.  RECEIPTS DURING CURRENT PERIOD:                                        88,146.25

5.  BALANCE:                                                               93,485.07

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                    83,631.98

7.  ENDING BALANCE:                                                         9,853.09

8.  CASH COLLAT Account Number(s):          xxxxx5374

    Depository Name & Location:             City National Bank
                                            Beverly Hills, CA

TOTAL DISBURSEMENTS FROM CASH/OPERATING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/3/2010 | 1162 | Vic Nol | labor | 510.00 |
| 12/1/2010 | 1163 | void | void | 0.00 |
| 12/2/2010 | 1164 | John Stoscher | repair work | 2,250.00 |
| 12/3/2010 | 1165 | void | void | 0.00 |
| 12/5/2010 | 1166 | Keybank | mortgage | 67,126.99 |
| 12/5/2010 | 1167 | void | void | 0.00 |
| 12/8/2010 | 1168 | Walmart | supplies | 606.80 |
| 12/6/2010 | 1169 | Carley Logan | cleaning service | 200.00 |
| 12/7/2010 | 1170 | Home Depot | supplies | 353.32 |
| 12/12/2010 | 1171 | Adrian Servin | labor | 550.00 |
| 12/12/2010 | 1172 | A. Gutierrez roofing | roof repairs | 2,500.00 |
| 12/20/2010 | 1173 | Walmart | supplies | 300.05 |
| 12/21/2010 | 1174 | AT&T | phones | 271.85 |
| 12/21/2010 | 1175 | Lex Lepe | sump pump | 1,850.00 |
| 12/27/2010 | 1176 | void | void | 0.00 |
| 12/27/2010 | 1177 | Alan Smokler | 1/11 pay | 2,000.00 |
| 12/27/2010 | 1178 | Sharon Boyar | 1/11/pay | 4,500.00 |
| 12/27/2010 | 1179 | Home Depot | supplies | 562.97 |
| 12/26/2010 | 1180 | Michael Smokler | reimbursement for supplies | 50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 83,631.98 |

CASH COLLAT ACCOUNT

BANK RECONCILIATION

Bank statement Date: _____12/31/2010_____  Balance on Statement: _____$9,853.09_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          0.00

Bank statement Adjustments:                          _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          $9,853.09

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT) - N/A

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS     _____

3. BEGINNING BALANCE:     | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:
   (Transferred from General Account)     _____

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. TAX Account Number(s):     _____
       _____

   Depository Name & Location:     _____
       _____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date:    N/A                    Balance on Statement:    _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 0.00 |

Bank statement Adjustments:                              _____
Explanation of Adjustments-

.................................................................................................
:                                                                                               :
:...............................................................................................:

ADJUSTED BANK BALANCE:                                          | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of monthly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | 33,737.89 |
| Cash Collat Account: | 9,853.09 |
| Tax Account: | |

*Other Accounts: _____    _____

_____    _____

_____    _____

*Other Monies: _____

**Petty Cash (from below):    | 0.00 |

## TOTAL CASH AVAILABLE:    | 43,590.98 |

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## TOTAL PETTY CASH TRANSACTIONS:    | 0.00 |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Keybank/CSFB | Mo. | 67,127.00 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 0.00 | 0.00 | Impound Acct Pays |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Farmers | $2m / $4m | 10/31/2011 | 10/31/2011 |
| Worker's Compensation |  |  |  |  |
| Casualty | Farmers | Apx. $15,793,000 | 10/31/2011 | 10/31/2011 |
| Vehicle |  |  |  |  |
| Others: Umbrella | Farmers | $2m | 10/31/2011 | 10/31/2011 |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2009 | 0.00 | 325.00 | 4-Feb-2010 | 325.00 | 0.00 |
| 31-Mar-2010 | 235,768.33 | 1,950.00 | 24-Apr-2010 | 1,625.00 | 325.00 |
| 31-Mar-2010 |  |  | 1-Jun-2010 | 325.00 | (325.00) |
| 30-Jun-2010 | 247,369.78 | 1,950.00 | 27-Jun-2010 | 325.00 | 1,625.00 |
| 30-Jun-2010 |  |  | 20-Jul-2010 | 1,625.00 | (1,625.00) |
| 30-Sep-2010 | 285,378.50 | 1,950.00 | 8-Nov-2010 | 1,950.00 | 0.00 |
| 31-Dec-2010 | 263,742.21 | 1,950.00 |  |  | 1,950.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 8,125.00 |  | 6,175.00 | 1,950.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Sharon Boyar | 3/1/2010 | 5% of gross rents | 4,500.00 |
| Alan Smokler | 3/1/2010 | $2,000/mth | 2,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 0.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 0.00 | 0.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 0.00 | 0.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | 0.00 | 0.00 |
| Net Gain/(Loss) from Operations | 0.00 | 0.00 |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0.00 | 0.00 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 0.00 | 0.00 |

(Attach exhibit listing all itemizations required above)

X-2 BALANCE SHEET
(ACCRUAL BASIS ONEY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | _____ | 0.00 |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | _____ | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | _____ | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| TOTAL EQUITY | | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 0.00 |

|   |   | No | Yes |
|---|---|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ___ |

|   |   | No | Yes |
|---|---|----|-----|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization
Continued Disc Stmt hrng set for 1/27/11. In meantime, Debtor remaining current on payments and continuing to explore alternatives.

4. Describe potential future developments which may have a significant impact on the case:
Agmt with secured lender; refinance/sale of property; equity investment; outcome of plan hrngs

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|----|-----|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I, Sharon Boyar, President of Debtor's General Partner,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

___-10-11___
Date

Page 16 of 16

___Sharon Boyar___
Principal for debtor-in-possession

**EXHIBIT C - UNEXPIRED LEASES TO BE ASSUMED**


Debtor will assume the following eight (8) leases with its
tenants, together with all modifications, extensions, and
amendments thereto, and will continue to perform its obligations
under the leases:

Zero Tolerance Ent. (9035 Independence)

PTM, Inc. (21051 Osborne)

Viaquest, Inc. (21026 Nordhoff)

Surplus Sourcing (21040 Nordhoff)

CP Films (21019 Osborne)

CP Films (21025 Osborne)

Solutia, Inc. (21029 Osborne)

Challenge Motorsports/L.A. Wheel (21021 Osborne)

## EXHIBIT D – LIQUIDATION ANALYSIS

## SUPPORTING VALUATION

**CURRENT ASSETS:**

**CASH ON HAND**
| | | | |
|---|---|---|---|
| a. | Acct Number: xxxxx5102 | $ 500 | |
| b. | Acct Number: xxxxx5374 | $ 45,000 | |
| c. | Total Cash | | $ 45,500 |

**ACCOUNTS RECEIVABLE**
| | | |
|---|---|---|
| a. Accounts receivable (est) | $ 120,000 | |
| b. **Less:** uncollectible accounts | $ 120,000 | |
| c. Net Accounts Receivables | | $ 0 |

**INVENTORIES** ................................................. $ 0

**OTHER** ................................................. $ 0

**FIXED ASSETS:**

**OFFICE FURNITURE, MACHINERY & EQUIPMENT** ........... $ 0

**TRANSPORTATION EQUIPMENT** ........................... $ 0

**BUILDINGS, LAND & OTHER REAL PROPERTY**

| | | |
|---|---|---|
| a. | Real Property at: Chatsworth | $12,000,000 |
| b. | Real Property at: | $ |
| c. | Total | $12,000,000 |

**OTHER ASSETS:** ..................................... $ 0

    TOTAL ASSETS AT LIQUIDATION VALUE      $12,045,500

**EXHIBIT E – LIST OF ADMINISTRATIVE EXPENSE CLAIMS**

| UNCLASSIFIED CLAIMS: ADMINISTRATIVE CLAIMS | | | | | | |
|---|---|---|---|---|---|---|
| | | **Amounts** (Allowed + Est = Total Amount - Paid = Total Due) | | | | |
| Name | Code § | Allowed to date | Estimated | Total Amount | Paid | Total Due |
| Caceres & Shamash, LLP (Debtor's Counsel) | 507(a)(1) | $0 | $35,000.00 (est) in excess of retainer | $35,000.00 (est.) | $0 | $35,000.00 (est.) |
| Henry Sanders Accountancy Corp. (Debtor's Accountant) | 507(a)(1) | $0 | $15,000.00 (est.) | $15,000.00 (est.) | $0 | $15,000.00 (est.) |
| CBI Partners, Inc. (Debtor's Leasing Broker) | 507(a)(1) | $0 | $0.00 (est at zero on Effective Date as commissions to be paid as earned from new leases) | $0 | $0 | $0.00 |
| Office of the United States Trustee | 507(a)(1); 28 U.S.C. § 1930(a)(6) | | $1,950 (est) | $1,950 | $0 | $1,950 |
| Court Fees | 507(a)(1) | | $0 | $0 | $0 | $0 |
| **TOTAL AMOUNTS** | | $0 | $51,950.00 (est.) | $51,950.00 (est.) | $0 | $51,950.00 (est.) |

**EXHIBIT F – LIST OF GENERAL UNSECURED CLAIMS**

| | | | | SCHEDULED CLAIMS | | FILED CLAIMS | |
|---|---|---|---|---|---|---|---|
| **Class** | **Name** | **Inside** | **Impair** | Amount | D/C/U | Amount | Objection |
| 2 | CBI Partners, Inc. | N | Y | $    00.00 | Y | $    00.00 | N/A |
| 2 | Ira Benjamin Katz | N | Y | $10,000.00 | Y | $16,735.42 | Under review |
| 2 | Jalmar Properties, Inc. | N | Y | $    00.00 | Y | $10,499.35 | To be withdrawn |
| 2 | Johnson Controls, Inc. | N | Y | N/A | N/A | $ 6,470.38 | Under review |
| 2 | Mitchel J. Ezer | N | Y | $30,300.00 | Y | $31,041.91 | Under review |
| 2 | The Piken Company | N | Y | $25,000.00 | Y | $30,814.63 | Under review |
| | | | | | | | |
| **TOTAL AMOUNT FOR CLASS** | | | | $65,300.00 | | $85,062.34 | |

Table title: **CLASSIFIED CLAIMS: UNSECURED CLAIMS**

43

**EXHIBIT G – LIST OF EQUITY INTERESTS**

| CLASSIFIED INTEREST: EQUITY SECURITY INTEREST HOLDERS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | SCHEDULED INTERESTS | | FILED INTERESTS | |
| Class | Name | Inside | Impair | Percentage | D/C/U* | Percentage | Objection |
| 3 | Boyar Management Corp | Y | N | 99% | N/A | | |
| 3 | Sharon Boyar Trust | Y | N | 1% | N/A | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | <== Insert rows here. | | | | | | |
| | | | | | | | |

* Disputed/contingent/unliquidated

44

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 8200 Wilshire Blvd., Suite 400, Beverly Hills, CA 90211

The foregoing documents described as  <u>Debtor's Second Amended Disclosure Statement Describing Debtor's Second Amended Chapter 11 Plan</u>    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  <u>02/14/11</u>  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  <u>02/14/11</u>    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on<u>                02/14/11                </u>  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>02/14/11</u> | <u>Elizabeth Prado</u> | <u>/s/ Elizabeth Prado</u> |
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION:**


**SERVICE VIA NEF:**

Katherine Bunker      kate.bunker@usdoj.gov
Joseph Caceres      jec@locs.com, generalbox@locs.com
Sandi M Colabianchi      scolabianchi@gordonrees.com
Ira Benjamin Katz      Ikatz@katzlaw.net
Charles Shamash      cs@locs.com, generalbox@locs.com
Valerie L Smith      vsmith@gordonrees.com
United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov

**SERVICE VIA U.S. MAIL:**
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Valerie L. Smith, Esq.
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
*[Attorneys for CSFB]*

**SERVICE VIA PERSONAL DELIVERY:**
The Honorable Maureen A. Tighe, U.S. Bankruptcy Judge
United States Bankruptcy Court
21041 Burbank Blvd., Bin on 1st Floor outside entry to Clerk's Office
Woodland Hills, CA 91367-6606