Sandford L. Frey (SBN 117058)
Stuart I. Koenig (SBN 102764)
**CREIM MACIAS KOENIG & FREY LLP**
633 West Fifth Street, 51st Floor
Los Angeles, California 90071
Telephone: (213) 614-1944
Facsimile: (213) 614-1961
sfrey@cmkllp.com
skoenig@cmkllp.com

[Proposed] Special Counsel for Chatsworth Industrial Park, L.P.,
Debtor and Debtor in Possession


Joseph E. Caceres (SBN 169164 )
Charles Shamash (SBN 178110)
**CACERES & SHAMASH, LLP**
8200 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211
Tel: (310) 205-3400
Fax: (310) 878-8308
jec@locs.com
cs@locs.com
Reorganization Counsel for Chatsworth Industrial Park, L.P.,
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Chatsworth Industrial Park, L.P.,<br><br>Debtor. | CASE NO.: 1:09-bk-27368-MT<br><br>Chapter 11<br><br>**STIPULATION BETWEEN CHATSWORTH INDUSTRIAL PARK, L.P. THE DEBTOR AND DEBTOR IN POSSESSION AND CSFB 2003-C4 NORDHOFF LIMITED PARTNERSHIP REGARDING CONTESTED MATTERS** |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE:**

Chatsworth Industrial Park, LP, the Debtor and Debtor in Possession ("Debtor"); and CSFB 2003-C4 Nordhoff Limited Partnership ("CSFB"), through their respective counsel of record, hereby enter into the following Stipulation regarding certain discovery matters ("Stipulation") as follows:

1

I:\slf\20148 (Chatsworth Industrial Park)\Stipulation (Contested Matters)(Final).doc

## RECITALS

A. The Debtor commenced its bankruptcy case ("the Bankruptcy Case") by filing a voluntary petition under Chapter of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") on December 23, 2009 (the "Petition Date").

B. On April 28, 2011, the Court provided the parties with dates for discovery on the pending contested matters, including Objections to the The Piken Company Claim; the Johnson Controls Claim; CSFB Claim; and Debtor's Motion for Disqualification (collectively referred to as "Contested Matters"). In addition, any discovery regarding Plan Confirmation will also be conducted.

C. On May 4, 2011, the parties met and conferred about discovery and the applicable due dates, which had been proposed by the Court at the April 28, 2011 hearing. Due to initial disclosures under Rule 26 of the Federal Rules of Civil Procedure, counsels' schedules, and the July 4th holiday, some changes were made to some of the dates provided by the Court.

D. After the May 4, 2011 meet and confer, the parties exchanged several emails regarding a Scheduling Order. The parties could not come to an agreement regarding the Scheduling Order. The Debtor lodged a Scheduling Order on May 19, 2001 to which CSFB filed an objection [Docket 152]. CSFB lodged its alternative Scheduling Order on May 23, 2011, to which the Debtor filed Objections. [Docket No. 153 ].

E. On May 25, 2011, the parties subsequently met and conferred with respect to certain dates. The parties agreed that until a final Scheduling Order is signed by the Court, the parties agreed to stipulate to certain agreed upon dates regarding some of the matters. The parties further agreed that they would continue to meet and confer in order to finalize a Scheduling Order, which is acceptable to both parties.

**BASED UPON THE FOREGOING FACTS, IT IS HEREBY STIPULATED:**

1. May 27, 2011 is the deadline for compliance with Rule 26 of the Federal Rules of Civil Procedure.

2. CSFB and the Debtor will serve its written discovery upon the other party via email by June 1, 2011. Written responses to the written discovery are due by July 1, 2011 and

1. should be served by email. Service of the documents being produced should be made by July 1, 2011 via Federal Express with delivery set for Tuesday, July 5, 2011 at 10:00 am.

3. All motions to compel must be filed and served by July 11, 2011. Oppositions to Motions to Compel must be filed and served by July 15, 2011. Replies must be filed and served by July 19, 2010.

4. Subject to the Court's calendar, a hearing on July 21, 2011, at _____ will be held on any motions to compel.

Dated: May 26, 2011        CREIM MACIAS KOENIG & FREY LLP

By:/s/ Sandford L. Frey
    SANDFORD L. FREY
[Proposed] Special Counsel for Chatsworth Industrial Park, L.P., Debtor and Debtor in Possession

Dated: May 26, 2011        CACERES & SHAMASH, LLP

By:/s/ Joseph C. Caceres
    JOSEPH E. CACERES
Bankruptcy Attorneys for Chatsworth Industrial Park the Debtor and the Debtor in Possession

Dated:        GORDON & REES, LLP

By:_____
    SANDI COLABIANCHI
Attorneys for CSFB 2003-C4 Nordhoff Limited Partnership.

3

I:\slf\20148 (Chatsworth Industrial Park)\Stipulation (Contested Matters)(Final).doc

1 should be served by email. Service of the documents being produced should be made by July 1,
2 2011 via Federal Express with delivery set for Tuesday, July 5, 2011 at 10:00 am.

3    3.    All motions to compel must be filed and served by July 11, 2011. Oppositions
4 to Motions to Compel must be filed and served by July 15, 2011. Replies must be filed and served
5 by July 19, 2010.

6    4.    Subject to the Court's calendar, a hearing on July 21, 2011, at
7 _____will be held on any motions to compel.

Dated:    CREIM MACIAS KOENIG & FREY LLP

By:_____
SANDFORD L. FREY
[Proposed] Special Counsel for Chatsworth Industrial
Park, L.P., Debtor and Debtor in Possession

Dated:    CACERES & SHAMASH, LLP

By: _____
JOSEPH E. CACERES
Bankruptcy Attorneys for Chatsworth Industrial Park
the Debtor and the Debtor in Possession

Dated:    GORDON & REES, LLP

By:_____
SANDI COLABIANCHI
Attorneys for CSFB 2003-C4 Nordhoff Limited
Partnership.

3

I:\slf\20148 (Chatsworth Industrial Park)\Stipulation (Contested Matters).doc

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

633 W. Fifth Street, 51st Floor, Los Angeles, California 90017

A true and correct copy of the foregoing document described as ***STIPULATION BETWEEN CHATSWORTH INDUSTRIAL PARK, L.P. THE DEBTOR AND DEBTOR IN POSSESSION AND CSFB 2003-C4 NORDHOFF LIMITED PARTNERSHIP REGARDING CONTESTED MATTERS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***May 26, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Katherine Bunker | kate.bunker@usdoj.gov |
| Joseph Caceres | jec@locs.com; generalbox@locs.com |
| Sandi M. Colabianchi | scolabianchi@gordonrees.com |
| Sandford Frey | sfrey@cmkllp.com |
| Andrew A. Goodman | agoodman@goodmanfaith.com |
| Ira Benjamin Katz | lkatz@katzlaw.net |
| Stuart I. Koenig | skoenig@cmkllp.com |
| Charles Shamash | cs@locs.com; generalbox@locs.com |
| Valerie L. Smith | vsmith@gordonrees.com |
| U.S. Trustee's Office (SV) | ustpregion16.wh.ecf@usdoj.gov |

☐ Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served):
On ***May 26, 2011***, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Maureen A. Tighe (By U.S. Mail)
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-6606

☒ Service information continued on attached page

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***May 26, 2011***, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    F 9013-3.1.PROOF.SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2011 | Kelli Nielsen | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

## II. SERVED BY U.S. MAIL

Chatsworth Industrial Park, LP
5101 Vanalden Ave.
Tarzana, CA 91356

The Piken Company
12725 Ventura Blvd., Ste. A
Studio City, CA 91604

Johnson Controls, Inc.
Attn: Brian Wilderman, M-72
507 E. Michigan St.
Milwaukee, WI 53202

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

The Piken Company
c/o Douglas D. Winter, Esq.
The Ball Law Firm, LLP
10866 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90024

Mitchel J. Ezer, Esq.
Law Offices of Mitchel J. Ezer
984 Monument St., Ste. 103
Pacific Palisades, CA 90272

Jalmar Properties, Inc.
c/o Traci S. Lagasse, Esq.
11232 El Camino Real, Ste. 250
San Diego, CA 92130

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              F 9013-3.1.PROOF.SERVICE