SANDI M. COLABIANCHI (SBN 193872)
VALERIE L. SMITH (SBN 135837)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Secured Creditor CSFB 2003-C4
NORDHOFF LIMITED PARTNERSHIP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CHATSWORTH INDUSTRIAL PARK, LP,<br><br>                    Debtor. | CASE NO. 1:09-BK-27368-MT<br><br>CHAPTER 11<br><br>**JOINT STIPULATION RE THIRTY (30) DAY STAY AND THIRTY (30) DAY CONTINUATION OF 1) ALL DISCOVERY AND DISCOVERY RELATED DEADLINES AND 2) ALL HEARING DATES AND RELATED BRIEFING DEADLINES PENDING SETTLEMENT NEGOTIATIONS**<br><br><u>Original Hearing Date held on</u>:<br>Date:    April 28, 2011<br>Time:    1:00 p.m.<br>Judge:   302<br><br><u>Currently Scheduled Evidentiary Hearing Date on and Continued Hearing on Contested Matters, including Plan Confirmation to be held on</u>:<br>Date:    August 26, 2011<br>Time:    9:00 a.m.<br>Judge:   302 |

CSFB 2003-C4 NORDHOFF LIMITED PARTNERSHIP'S ("CSFB" or "Secured Creditor") and Chatsworth Industrial Park, LP ("Debtor") hereby submit their Joint Stipulation to continue for a period of 30 days (or to such dates convenient to the Court) all applicable deadlines in this case, including, but not limited to 1) all discovery and discovery related deadlines and 2) all hearing dates and related briefing deadlines.

-1-

| JOINT STIPULATION RE SCHEDULING | CASE NO. 09-27368 |
|---|---|

1.      On April 28, 2011 at the time and place set forth above, the Court held hearings on the following matters:

- Confirmation of the Debtor's Second Amended Plan [Docket No. 93] ("Plan Confirmation");

- Modification to Debtor's Second Amended Plan [Docket No. 107] ("Plan Modification");

- Motion Of Chatsworth Industrial Park, L.P., Debtor And Debtor In Possession for an Order To: (1) Designate And Disqualify CSFB 2003 C-4 Nordhoff Limited Partnership's ("CSFB") Vote as the Transferee of The Piken Company Claim as Having Not Been Voted in Good Faith; and, (2) Disqualify the Ballot of CSFB on Behalf of The Piken Company and Johnson Controls from being Counted in Class 2 [Docket No. 112] ("Disqualification Motion");

- CSFB 2003-C4 Nordhoff Limited Partnership's Motion for Temporary Allowance for Purposes of Voting [Docket No. 108] ("Estimation Motion");

- Chatsworth Industrial Park, L.P.'s Motion for an Order Disallowing Claim of CSFB 2003- C4 Nordhoff Limited Partnership, in part [Docket No. 102] ("Objection to CSFB Claim");

- Chatsworth Industrial Park, L.P.'s Motion for an Order Disallowing Claim of The Piken Company [Docket No. 103] ("Objection to Piken Claim"); and,

- Chatsworth Industrial Park, L.P.'s Motion for an Order Disallowing Claim of Johnson Controls, Inc. [Docket No. 104] ("Objection to JC Claim" and together with the Objection to CSFB Claim, Objection to Piken Claim, Disqualification Motion and Estimation Motion, collectively referred to as the "Claims Contested Matters"). (Plan Confirmation, Plan Modification and the Claims Contested Matters are collectively referred to as the "Contested Matters").

2.      Following the April 28 hearing, on May 27, 2011, the Court entered the following two scheduling orders

- Scheduling Order re Hearings and Discovery on Contested Matters Pertaining to

Chatsworth Industrial Park, L.P., Debtor and Debtor in Possession [Docket No. 156] (the "First Order").

- Order Approving Stipulation Between Chatsworth Industrial Park, L.P., the Debtor and Debtor in Possession and CSFB 2003-C4 Nordoff Limited Partnership Regarding Contested Matters [Docket No. 157] (the "Second Order").

3. The Parties are engaged in settlement negotiations and wish to continue all deadlines and hearing dates (excluding the hearing on employment of special counsel) for a period of 30 days in order to further discuss settlement. The Parties agree to the following continued hearing dates or deadlines, including but not limited to the following dates and deadlines addressed in the First and Second Orders:

- Responses to the written discovery shall be served by the responding party by email on or before **August 4, 2011** (previously July 1, 2011 per the Second Order).
- Service of the documents being produced between the parties should be made by the other party on **August 4, 2011** by Federal Express with scheduled delivery for **August 5, 2011** by 10:00 a.m. (previously July 1, 2011 and Monday, July 5, 2011 per the Second Order).
- For discovery propounded upon non-parties, written responses to the written discovery and service of documents being produced shall be made within the time required under the Federal Rules, extended as appropriate by 30 days. The parties reserve the right to conduct follow up discovery upon receipt and review of the responses to the initial set of discovery requests, so long as such follow up discovery is in accordance with, and within the applicable time periods required under, the Federal Rules, including, without limitations, Rule 34(b)(2)(A) of the Federal Rules of Civil Procedure, extended as appropriate by 30 days.
- Any and all Motions to Compel with regard to the initial set of discovery shall be filed and served no later than **August 10, 2011**. Oppositions to any Motions to Compel shall be filed and served on or before **August 15, 2011**. Any Replies

-3-

JOINT STIPULATION RE SCHEDULING                               CASE NO. 09-27368

shall be filed and served no later than **August 18, 2011.** (Previously July 11, July 15 and July 19, 2011, respectively, per the Second Order).

- Subject to the court's calendar, a hearing on any Motions to Compel and/or to resolve any other discovery disputes shall be held on **August 23, 2011 at 11:00 a.m.** (previously July 21, 2011, at 11:00 a.m. per the Second Order).

- Direct testimony on the Contested Matters shall be submitted by all parties by written declaration. Any and all briefs, evidence and declarations with respect to the Contested Matters shall be served and filed electronically by all parties on or before **September 9, 2011** (previously August 5, 2011 per the First Order).

- Any and all opposition briefs, opposition evidence or opposition declarations with respect to the Contested Matters shall be filed and served electronically by all parties on or before **September 16, 2011** (previously August 12, 2011 per the First Order).

- Any and all replies, reply evidence and reply declarations with respect to the Contested Matters shall be filed and served electronically by all parties on or before **September 23, 2011** (previously August 19, 2011 per the First Order).

- Each party shall notify the other party and the Court no later than **September 23, 2011** if such party intends to cross examine any witness at the hearing on the Contested Matters (previously August 19, 2011 per the First Order).

- Any depositions may be taken on reasonable notice in accordance with applicable bankruptcy rules, extended by 30 days as appropriate.

- An evidentiary hearing will commence on or about **September 30, 2011 at 9:00 a.m.** on the Claims Contested Matters, or such other date available to the Court (previously August 26, 2011 at 9:00 am per the First Order).

- The hearing on Plan Confirmation and the Plan Modification is continued to **September 30, 2011 at 9:00.m.,** (previously August 26, 2011 at 9:00 a.m. per the First Order), or such other date available to the Court; however, the confirmation hearing will be continued to **October 27 at 9:30 a.m.** (previously September 22,

-4-

JOINT STIPULATION RE SCHEDULING                    CASE NO. 09-27368

2011 at 11:00 a.m. per the First Order) in the event it is not appropriate to hold the confirmation hearing on **September 30, 2011** (previously August 26, 2011 at 9:00 a.m. per the First Order) for any reason, including, without limitation, to permit the Court to rule upon the Claims Contested Matters or to provide the Debtor an opportunity to amend or modify the Plan in light of the Court's rulings on the Claims Contested Matters.

- A further Chapter 11 Status Conference is set for **October 27, 2011 at 9:30 a.m.** (previously September 22, 2011 at 11:00 a.m. per the First Order).
- In addition, all applicable statutory discovery or other deadlines not addressed above, shall be extended for a period of 30 days.

4. The hearing on the employment application of proposed special counsel, Creim Macias Koenig & Frey, LLP, currently scheduled for July 7, 2011 at 9:30 a.m., shall go forward on that date.

Dated: June ___, 2011        GORDON & REES LLP

By _____
Sandi M. Colabianchi
Valerie L. Smith
Attorneys for Secured Creditor CSFB 2003-C4
NORDHOFF LIMITED PARTNERSHIP

Dated: June 23, 2011        CACERES & SHAMASH, LLP

By _____
Charles Shamash
Bankruptcy Attorneys for CHATSWORTH INDUSTRIAL PARK, L.P., Debtor and Debtor-in-Possession

Dated: June 22, 2011        CREIM MACIAS KOENIG & FREY LLP

By _____
Sandford L. Frey
[Proposed] Special Counsel for CHATSWORTH INDUSTRIAL PARK, L.P., Debtor and Debtor-in-Possession

-5-

JOINT STIPULATION RE SCHEDULING        CASE NO. 09-27368

2011 at 11:00 a.m. per the First Order) in the event it is not appropriate to hold the confirmation hearing on **September 30, 2011** (previously August 26, 2011 at 9:00 a.m. per the First Order) for any reason, including, without limitation, to permit the Court to rule upon the Claims Contested Matters or to provide the Debtor an opportunity to amend or modify the Plan in light of the Court's rulings on the Claims Contested Matters.

- A further Chapter 11 Status Conference is set for **October 27, 2011 at 9:30 a.m.** (previously September 22, 2011 at 11:00 a.m. per the First Order).
- In addition, all applicable statutory discovery or other deadlines not addressed above, shall be extended for a period of 30 days.

4. The hearing on the employment application of proposed special counsel, Creim Macias Koenig & Frey, LLP, currently scheduled for July 7, 2011 at 9:30 a.m., shall go forward on that date.

Dated: June 22, 2011        GORDON & REES LLP

By /s/
   Sandi M. Colabianchi
   Valerie L. Smith
   Attorneys for Secured Creditor CSFB 2003-C4
   NORDHOFF LIMITED PARTNERSHIP

Dated: June 22, 2011        CACERES & SHAMASH, LLP

By  /s/ Charles Shamash
    Charles Shamash
    Bankruptcy Attorneys for CHATSWORTH INDUSTRIAL
    PARK, L.P., Debtor and Debtor-in-Possession

Dated: June 22, 2011        CREIM MACIAS KOENIG & FREY LLP

By
   Sandford L. Frey
   [Proposed] Special Counsel for CHATSWORTH
   INDUSTRIAL PARK, L.P., Debtor and Debtor-in-
   Possession

-5-

JOINT STIPULATION RE SCHEDULING                    CASE NO. 09-27368

| In re: CHATSWORTH INDUSTRIAL PARK, LP | Chapter 11 |
|---|---|
| | Case Number 1:09-bk-27368-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: c/o Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111

A true and correct copy of the foregoing document described as **JOINT STIPULATION RE THIRTY (30) DAY STAY AND THIRTY (30) DAY CONTINUATION OF 1) ALL DISCOVERY AND DISCOVERY RELATED DEADLINES AND 2) ALL HEARING DATES AND RELATED BRIEFING DEADLINES PENDING SETTLEMENT NEGOTIATIONS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    ☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 23, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    ☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

    ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2011 | Dyanne Hammerquist | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

August 2010                                          **FORM 9013-3.1 PROOF OF SERVICE**
LNRP/1059446/10025366v.1

| In re: CHATSWORTH INDUSTRIAL PARK, LP | Chapter 11 |
|---|---|
|  | Case Number 1:09-bk-27368-MT |

## ADDITIONAL SERVICE INFORMATION:

**SERVICE VIA NEF:**

| | |
|---|---|
| Katherine Bunker | kate.bunker@usdoj.gov |
| Joseph Caceres | jec@locs.com; generalbox@locs.com |
| Sandford Frey | Sfrey@cmkllp.com |
| Stuart I Koenig | Skoenig@cmkllp.com |
| Sandi M. Colabianchi | scolabianchi@gordonrees.com |
| Andrew A. Goodman | agoodman@goodmanfaith.com |
| Ira Benjamin Katz | ikatz@katzlaw.net |
| Charles Shamash | cs@locs.com; generalbox@locs.com |
| Valerie L. Smith | vsmith@gordonrees.com |
| United States Trustee | Jennifer.l.braun@usdoj.gov |

**SERVICE VIA FED EX:**
The Honorable Maureen A. Tighe, U.S. Bankruptcy Judge
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367
    Attn: Intake, CHAMBERS COPY

## SERVICE VIA FIRST-CLASS MAIL

| **Office of the U.S. Trustee**<br>Katherine Bunker<br>Office of the U.S. Trustee<br>21051 Warner Center Lane, Ste. 115<br>Woodland Hills, CA 91367<br>Tel:   (818) 610-2376<br>Fax:  (818) 716-1576 | **Counsel for Debtor Chatsworth Industries, LP**<br>Joseph Caceres<br>Charles Shamash<br>Caceres & Shamash LLP<br>8200 Wilshire Blvd., Ste. 400<br>Los Angeles, CA 90211<br>Tel:   (310) 205-3400<br>Fax:  (310) 878-8308 |
|---|---|
| **Counsel for Jalmar Properties Inc.**<br>Traci S. Lagasse<br>Andrews Lagasse Branch & Bell LLP<br>11232 El Camino Real, Ste. 250<br>San Diego, CA 92130<br>Tel:   (858) 345-5080<br>Fax:  (858) 345-5072 | **Special Counsel for Debtor Chatsworth Industries, LP**<br>Sandford L. Frey<br>Stuart I. Koenig<br>Creim Macias Koenig & Frey LLP<br>633 West Fifth St., 51st Floor<br>Los Angeles, CA 90071<br>Tel:   (213) 614-1944<br>Fax:  (213) 614-1961 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*August 2010*                                                  FORM 9013-3.1 PROOF OF SERVICE
LNRP/1059446/10025366v.1