1  SANDI M. COLABIANCHI (SBN 193872)
   VALERIE L. SMITH (SBN 135837)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:    (415) 986-5900
4  Facsimile:    (415) 986-8054

5  Attorneys for Secured Creditor CSFB 2003-C4
   NORDHOFF LIMITED PARTNERSHIP

6

7

8              UNITED STATES BANKRUPTCY COURT

9      CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

10

11 In re                                    )  CASE NO.  1:09-BK-27368-MT
                                            )
12 CHATSWORTH INDUSTRIAL PARK, LP,          )  CHAPTER  11
                                            )
13                    Debtor.               )  **SECOND JOINT STIPULATION RE
                                            )  THIRTY-FIVE (35) DAY STAY AND
14                                          )  THIRTY-FIVE (35) DAY
                                            )  CONTINUATION OF 1) ALL
15                                          )  DISCOVERY AND DISCOVERY
                                            )  RELATED DEADLINES AND 2) ALL
16                                          )  HEARING DATES AND RELATED
                                            )  BRIEFING DEADLINES PENDING
17                                          )  SETTLEMENT NEGOTIATIONS**
                                            )
18                                          )  **Original Hearing Date held on**:
                                            )  Date:        April 28, 2011
19                                          )  Time:        1:00 p.m.
                                            )  Judge:       302
20                                          )
                                            )  **Currently Scheduled Evidentiary Hearing
21                                          )  Date on and Continued Hearing on
                                            )  Contested Matters, including Plan
22                                          )  Confirmation to be held on**:
                                            )  Date:        October 4, 2011
23                                          )  Time:        9:30 a.m.
                                            )  Judge:       302
24 ─────────────────────────────────────────)

25       CSFB 2003-C4 NORDHOFF LIMITED PARTNERSHIP'S ("CSFB" or "Secured

26 Creditor") and Chatsworth Industrial Park, LP ("Debtor") hereby submit their Second Joint

27 Stipulation to continue for a further period of 35 days (or to such dates convenient to the Court)

28 all applicable deadlines in this case, including, but not limited to 1) all discovery and discovery

                              Page 1

related deadlines and 2) all hearing dates and related briefing deadlines.

1. On April 28, 2011 at the time and place set forth above, the Court held hearings on the following matters:

- Confirmation of the Debtor's Second Amended Plan [Docket No. 93] ("Plan Confirmation");

- Modification to Debtor's Second Amended Plan [Docket No. 107] ("Plan Modification");

- Motion Of Chatsworth Industrial Park, L.P., Debtor And Debtor In Possession for an Order To: (1) Designate And Disqualify CSFB 2003 C-4 Nordhoff Limited Partnership's ("CSFB") Vote as the Transferee of The Piken Company Claim as Having Not Been Voted in Good Faith; and, (2) Disqualify the Ballot of CSFB on Behalf of The Piken Company and Johnson Controls from being Counted in Class 2 [Docket No. 112] ("Disqualification Motion");

- CSFB 2003-C4 Nordhoff Limited Partnership's Motion for Temporary Allowance for Purposes of Voting [Docket No. 108] ("Estimation Motion");

- Chatsworth Industrial Park, L.P.'s Motion for an Order Disallowing Claim of CSFB 2003- C4 Nordhoff Limited Partnership, in part [Docket No. 102] ("Objection to CSFB Claim");

- Chatsworth Industrial Park, L.P.'s Motion for an Order Disallowing Claim of The Piken Company [Docket No. 103] ("Objection to Piken Claim"); and,

- Chatsworth Industrial Park, L.P.'s Motion for an Order Disallowing Claim of Johnson Controls, Inc. [Docket No. 104] ("Objection to JC Claim" and together with the Objection to CSFB Claim, Objection to Piken Claim, Disqualification Motion and Estimation Motion, collectively referred to as the "Claims Contested Matters"). (Plan Confirmation, Plan Modification and the Claims Contested Matters are collectively referred to as the "Contested Matters").

2. Following the April 28 hearing, on May 27, 2011, the Court entered the following two scheduling orders:

SECOND JOINT STIPULATION                                    CASE NO. 09-27368

1  • Scheduling Order re Hearings and Discovery on Contested Matters Pertaining to

2  Chatsworth Industrial Park, L.P., Debtor and Debtor in Possession [Docket No.

3  156] (the "First Order").

4  • Order Approving Stipulation Between Chatsworth Industrial Park, L.P., the

5  Debtor and Debtor in Possession and CSFB 2003-C4 Nordoff Limited Partnership

6  Regarding Contested Matters [Docket No. 157] (the "Second Order").

7  3.    On July 6, 2011, following a stipulation between the parties, the Court entered the

8  following scheduling order:

9  • Order Approving Joint Stipulation re Thirty (30) Day Continuation of 1) All

10  Discovery and Discovery Related Deadlines and 2) All Hearing Dates and

11  Related Briefing Deadlines Pending Settlement Negotiations [Docket No. 162]

12  (the "Third Order").

13  4.    The Parties continue to engage in settlement negotiations and wish to continue all

14  deadlines and hearing dates for a further period of 35 days in order to further discuss settlement.

15  The Parties agree to the following continued hearing dates or deadlines, including but not limited

16  to the following dates and deadlines addressed in the First, Second and Third Orders:

17  • Responses to the written discovery shall be served by the responding party by

18  email on or before **September 9, 2011** (previously August 4, 2011 per the Third

19  Order).

20  • Service of the documents being produced between the parties should be made by

21  the other party on **September 9, 2011** by Federal Express with scheduled delivery

22  for **September 12, 2011 (Monday) by 10:00 a.m.** (previously August 4, 2011

23  and August 5, 2011 per the Third Order).

24  • For discovery propounded upon non-parties, written responses to the written

25  discovery and service of documents being produced shall be made within the time

26  required under the Federal Rules, extended as appropriate by 35 days from the

27  date of the extension granted in the Third Order.  The parties reserve the right to

28  conduct follow up discovery upon receipt and review of the responses to the

Page 3

SECOND JOINT STIPULATION                                      CASE NO. 09-27368

1    initial set of discovery requests, so long as such follow up discovery is in

2    accordance with, and within the applicable time periods required under, the

3    Federal Rules, including, without limitations, Rule 34(b)(2)(A) of the Federal

4    Rules of Civil Procedure, extended as appropriate by 35 days from the extension

5    granted in the Third Order.

6    • Any and all Motions to Compel with regard to the initial set of discovery shall be

7    filed and served no later than **September 14, 2011**.  Oppositions to any Motions

8    to Compel shall be filed and served on or before **September 19, 2011**.  Any

9    Replies shall be filed and served no later than **September 22, 2011** (previously

10   August 10, August 15 and August 18, 2011, respectively, per the Third Order).

11   • Subject to the Court's calendar, a hearing on any Motions to Compel and/or to

12   resolve any other discovery disputes shall be held on **September 27, 2011 at**

13   **11:00 a.m.** (previously August 23, 2011 at 11:00 a.m. per the Third Order).

14   • Direct testimony on the Contested Matters shall be submitted by all parties by

15   written declaration.  Any and all briefs, evidence and declarations with respect to

16   the Contested Matters shall be served and filed electronically by all parties on or

17   before **October 14, 2011** (previously September 9, 2011 per the Third Order).

18   • Any and all opposition briefs, opposition evidence or opposition declarations with

19   respect to the Contested Matters shall be filed and served electronically by all

20   parties on or before **October 21, 2011** (previously September 16, 2011 per the

21   Third Order).

22   • Any and all replies, reply evidence and reply declarations with respect to the

23   Contested Matters shall be filed and served electronically by all parties on or

24   before **October 28, 2011** (previously September 23, 2011 per the Third Order).

25   • Each party shall notify the other party and the Court no later than **October 28,**

26   **2011** if such party intends to cross examine any witness at the hearing on the

27   Contested Matters (previously September 23, 2011 per the Third Order).

28   • Any depositions may be taken on reasonable notice in accordance with applicable

Page 4

1    bankruptcy rules, extended by 35 days from the extension granted in the Third

2    Order.

3    • An evidentiary hearing will commence on **November 7, 2011 at 9:30 a.m.** on the

4    Claims Contested Matters, or such other date available to the Court (previously

5    October 4, 2011 at 9:30 a.m. per the Third Order).

6    • The hearing on Plan Confirmation and the Plan Modification is continued to

7    **November 7, 2011 at 9:30 a.m.** or such other date available to the Court

8    (previously October 4, 2011 at 9:30 a.m. per the Third Order); however, the

9    confirmation hearing will be continued to **December 6, 2011 at 9:30 a.m**.

10    (previously October 27 at 9:30 a.m. per the Third Order) in the event it is not

11    appropriate to hold the confirmation hearing on **November 7, 2011** (previously

12    October 4, 2011 per the Third Order) for any reason, including, without

13    limitation, to permit the Court to rule upon the Claims Contested Matters or to

14    provide the Debtor an opportunity to amend or modify the Plan in light of the

15    Court's rulings on the Claims Contested Matters.

16    • A further Chapter 11 Status Conference is set for **December 6, 2011 at 9:30 a.m.**

17    (previously October 27 at 9:30 a.m. per the Third Order).

18    • In addition, all applicable statutory discovery or other deadlines not addressed

19    above, shall be extended by 35 days from the extension granted in the Third

20    Order.

21    Dated:  July 27, 2011               GORDON & REES LLP

22

23                              By ___/s/ Valerie L. Smith_____
                                        Sandi M. Colabianchi
24                                      Valerie L. Smith
                                 Attorneys for Secured Creditor CSFB 2003-C4
25                               NORDHOFF LIMITED PARTNERSHIP

26

27    ///

28

SECOND JOINT STIPULATION                                    CASE NO. 09-27368

1   Dated: July 27, 2011            CACERES & SHAMASH, LLP

2

3                                   By _____
                                        Charles Shamash
4                                   Bankruptcy Attorneys for CHATSWORTH INDUSTRIAL
                                    PARK, L.P., Debtor and Debtor-in-Possession
5
    Dated: July ___, 2011           CREIM MACIAS KOENIG & FREY LLP
6

7

8                                   By _____
                                        Sandford L. Frey
9                                   [Proposed] Special Counsel for CHATSWORTH
                                    INDUSTRIAL PARK, L.P., Debtor and Debtor-in-
                                    Possession
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION                                    CASE NO. 09-27368

1    Dated:  July ___, 2011              CACERES & SHAMASH, LLP

2

3                                        By _____
                                            Charles Shamash
4                                        Bankruptcy Attorneys for CHATSWORTH INDUSTRIAL
                                         PARK, L.P., Debtor and Debtor-in-Possession
5
     Dated:  July 27, 2011               CREIM MACIAS KOENIG & FREY LLP
6

7

8                                        By _____
                                            Sandford L. Frey
9                                        [Proposed] Special Counsel for CHATSWORTH
                                         INDUSTRIAL PARK, L.P., Debtor and Debtor-in-
                                         Possession
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION                                    CASE NO. 09-27368

| In re:  CHATSWORTH INDUSTRIAL PARK, LP | Chapter 11 |
|---|---|
| | Case Number 1:09-bk-27368-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  c/o Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA  94111

A true and correct copy of the foregoing document described as **SECOND JOINT STIPULATION RE THIRTY-FIVE (35) DAY STAY AND THIRTY-FIVE (35) DAY CONTINUATION OF 1) ALL DISCOVERY AND DISCOVERY RELATED DEADLINES AND 2) ALL HEARING DATES AND RELATED BRIEFING DEADLINES PENDING SETTLEMENT NEGOTIATIONS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 28, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **July 28, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill in Date Document is Filed,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 28, 2011 | Dyanne Hammerquist | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*August 2010*
LNRP/1059446/10209356v.1

FORM 9013-3.1 PROOF OF SERVICE

Case 1:09-bk-27368-MT    Doc 167    Filed 07/28/11    Entered 07/28/11 12:04:28    Desc
Main Document    Page 9 of 9


| In re:  CHATSWORTH INDUSTRIAL PARK, LP | Chapter 11 |
|---|---|
| | Case Number 1:09-bk-27368-MT |

## ADDITIONAL SERVICE INFORMATION:

**SERVICE VIA NEF:**

| | |
|---|---|
| Katherine Bunker | kate.bunker@usdoj.gov |
| Joseph Caceres | jec@locs.com; generalbox@locs.com |
| Sandford Frey | Sfrey@cmkllp.com |
| Stuart I Koenig | Skoenig@cmkllp.com |
| Sandi M. Colabianchi | scolabianchi@gordonrees.com |
| Andrew A. Goodman | agoodman@goodmanfaith.com |
| Ira Benjamin Katz | ikatz@katzlaw.net |
| Charles Shamash | cs@locs.com; generalbox@locs.com |
| Valerie L. Smith | vsmith@gordonrees.com |
| United States Trustee | Jennifer.l.braun@usdoj.gov |

**SERVICE VIA FED EX:**

The Honorable Maureen A. Tighe, U.S. Bankruptcy Judge
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA  91367
      Attn:  Intake, CHAMBERS COPY

## SERVICE VIA FIRST-CLASS MAIL

| **Office of the U.S. Trustee** | **Counsel for Debtor Chatsworth Industries, LP** |
|---|---|
| Katherine Bunker | Joseph Caceres |
| Office of the U.S. Trustee | Charles Shamash |
| 21051 Warner Center Lane, Ste. 115 | Caceres & Shamash LLP |
| Woodland Hills, CA  91367 | 8200 Wilshire Blvd., Ste. 400 |
| Tel:    (818) 610-2376 | Los Angeles, CA  90211 |
| Fax:    (818) 716-1576 | Tel:    (310) 205-3400 |
| | Fax:    (310) 878-8308 |
| **Counsel for Jalmar Properties Inc.** | **Special Counsel for Debtor Chatsworth Industries, LP** |
| Traci S. Lagasse | Sandford L. Frey |
| Andrews Lagasse Branch & Bell LLP | Stuart I. Koenig |
| 11232 El Camino Real, Ste. 250 | Creim Macias Koenig & Frey LLP |
| San Diego, CA  92130 | 633 West Fifth St., 51st Floor |
| Tel:    (858) 345-5080 | Los Angeles, CA  90071 |
| Fax:    (858) 345-5072 | Tel:    (213) 614-1944 |
| | Fax:    (213) 614-1961 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*August 2010*
LNRP/1059446/10025366v.1

FORM 9013-3.1 PROOF OF SERVICE