SANDI M. COLABIANCHI (SBN 193872)
VALERIE L. SMITH (SBN 135837)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Secured Creditor CSFB 2003-C4
NORDHOFF LIMITED PARTNERSHIP

**FILED & ENTERED**

AUG 02 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CHATSWORTH INDUSTRIAL PARK, LP,<br><br>　　　　　　　Debtor. | CASE NO. 1:09-BK-27368-MT<br><br>CHAPTER 11<br><br>**SECOND ORDER APPROVING JOINT STIPULATION RE THIRTY (30) DAY STAY AND THIRTY (30) DAY CONTINUATION OF 1) ALL DISCOVERY AND DISCOVERY RELATED DEADLINES AND 2) ALL HEARING DATES AND RELATED BRIEFING DEADLINES PENDING SETTLEMENT NEGOTIATIONS**<br><br>**Original Hearing Date held on**:<br>Date:　　April 28, 2011<br>Time:　　1:00 p.m.<br>Judge:　　302<br><br>**Currently Scheduled Evidentiary Hearing Date on and Continued Hearing on Contested Matters, including Plan Confirmation to be held on**:<br>Date:　　August 26, 2011<br>Time:　　9:00 a.m.<br>Judge:　　302 |

　　　　CSFB 2003-C4 NORDHOFF LIMITED PARTNERSHIP'S ("CSFB" or "Secured Creditor") and Chatsworth Industrial Park, LP ("Debtor") having submitted their Second Joint Stipulation to further continue for a period of 35 days (or to such dates convenient to the Court) all applicable deadlines in this case, including, but not limited to 1) all discovery and discovery

ORDER RE SECOND JOINT STIPULATION　　　　　Page 1　　　　　CASE NO. 09-27368

1 related deadlines and 2) all hearing dates and related briefing deadlines, and good cause

2 appearing:

3     IT IS HEREBY ORDERED AS FOLLOWS:

4     A.    The following discovery and discovery related deadlines, and hearing dates and

5 related briefing deadlines are continued as follows:

6     1.    Responses to the written discovery shall be served by the responding party

7 by email on or before **September 9, 2011**.

8     2.    Service of the documents being produced between the parties should be

9 made by the other party on **September 9, 2011** by Federal Express with scheduled delivery for

10 **September 12, 2011** by 10:00 a.m.

11     3.    For discovery propounded upon non-parties, written responses to the

12 written discovery and service of documents being produced shall be made within the time

13 required under the Federal Rules, extended as appropriate by 35 days from the date of the

14 extension granted in the Court's July 6, 2011, Order Approving Joint Stipulation re Thirty (30)

15 Day Continuation of 1) All Discovery and Discovery Related Deadlines and 2) All Hearing

16 Dates and Related Briefing Deadlines Pending Settlement Negotiations [Docket No. 162]

17 ("Third Order").  The parties reserve the right to conduct follow up discovery upon receipt and

18 review of the responses to the initial set of discovery requests, so long as such follow up

19 discovery is in accordance with, and within the applicable time periods required under, the

20 Federal Rules, including, without limitations, Rule 34(b)(2)(A) of the Federal Rules of Civil

21 Procedure, extended as appropriate by 30 days from the extension granted in the Third Order.

22     4.    Any and all Motions to Compel with regard to the initial set of discovery

23 shall be filed and served no later than **September 14, 2011**.  Oppositions to any Motions to

24 Compel shall be filed and served on or before **September 19, 2011**.  Any Replies shall be filed

25 and served no later than **September 22, 2011.**

26     5.    Subject to the court's calendar**,** a hearing on any Motions to Compel

27 and/or to resolve any other discovery disputes shall be held on **September 27, 2011, at 11:00**

28 **a.m.**

  6. Direct testimony on the Contested Matters shall be submitted by all parties by written declaration. Any and all briefs, evidence and declarations with respect to the Contested Matters shall be served and filed electronically by all parties on or before **October 14, 2011**.

  7. Any and all opposition briefs, opposition evidence or opposition declarations with respect to the Contested Matters shall be filed and served electronically by all parties on or before **October 21, 2011.**

  8. Any and all replies, reply evidence and reply declarations with respect to the Contested Matters shall be filed and served electronically by all parties on or before **October 28, 2011**.

  9. Each party shall notify the other party and the Court no later than **October 28, 2011** if such party intends to cross examine any witness at the hearing on the Contested Matters.

  10. Any depositions may be taken on reasonable notice in accordance with applicable bankruptcy rules, extended by 35 days as appropriate from the extension granted in the Third Order.

  11. An evidentiary hearing will commence on or about **November 7, 2011 at 9:30 a.m**. on the Claims Contested Matters.

  12. The hearing on Plan Confirmation and the Plan Modification is continued to **November 7, 2011 at 9:30 a.m**.; however, the confirmation hearing will be continued to **December 6, 2011 at 9:30 a.m.** in the event it is not appropriate to hold the confirmation hearing on **November 7, 2011** for any reason, including, without limitation, to permit the Court to rule upon the Claims Contested Matters or to provide the Debtor an opportunity to amend or modify the Plan in light of the Court's rulings on the Claims Contested Matters.

  13. A further Chapter 11 Status Conference is set for **December 6, 2011 at 9:30 a.m.**

1   14. In addition, all applicable statutory discovery or other deadlines not addressed above, shall be extended for a period of 35 days from the extension granted in the Third Order.

####

DATED: August 2, 2011

_Maureen A. Tighe_
United States Bankruptcy Judge

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: c/o Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111

A true and correct copy of the foregoing document described as [**proposed**] **SECOND** **ORDER APPROVING JOINT STIPULATION RE THIRTY (30) DAY STAY AND THIRTY (30) DAY CONTINUATION OF 1) ALL DISCOVERY AND DISCOVERY RELATED DEADLINES AND 2) ALL HEARING DATES AND RELATED BRIEFING DEADLINES PENDING SETTLEMENT NEGOTIATIONS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐     Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **July 28, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____July 28, 2011          Dyanne Hammerquist
*Date                                    Type Name                                        Signature*

ADDITIONAL SERVICE INFORMATION:

**SERVICE VIA FED EX:**
The Honorable Maureen A. Tighe, U.S. Bankruptcy Judge
United States Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA  91367
    Attn:  Intake, CHAMBERS COPY

**SERVICE VIA FIRST-CLASS MAIL**

| **Office of the U.S. Trustee**<br>Katherine Bunker<br>Office of the U.S. Trustee<br>21051 Warner Center Lane, Ste. 115<br>Woodland Hills, CA  91367<br>Tel:   (818) 610-2376<br>Fax:  (818) 716-1576 | **Counsel for Debtor Chatsworth Industries, LP**<br>Joseph Caceres<br>Charles Shamash<br>Caceres & Shamash LLP<br>8200 Wilshire Blvd., Ste. 400<br>Los Angeles, CA  90211<br>Tel:   (310) 205-3400<br>Fax:  (310) 878-8308 |
|---|---|
| **Counsel for Jalmar Properties Inc.**<br>Traci S. Lagasse<br>Andrews Lagasse Branch & Bell LLP<br>11232 El Camino Real, Ste. 250<br>San Diego, CA  92130<br>Tel:   (858) 345-5080<br>Fax:  (858) 345-5072 | **Special Counsel for Debtor Chatsworth Industries, LP**<br>Sandford L. Frey<br>Stuart I. Koenig<br>Creim Macias Koenig & Frey LLP<br>633 West Fifth St., 51st Floor<br>Los Angeles, CA  90071<br>Tel:   (213) 614-1944<br>Fax:  (213) 614-1961 |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **SECOND ORDER APPROVING JOINT STIPULATION RE THIRTY (30) DAY STAY AND THIRTY (30) DAY CONTINUATION OF 1) ALL DISCOVERY AND DISCOVERY RELATED DEADLINES AND 2) ALL HEARING DATES AND RELATED BRIEFING DEADLINES PENDING SETTLEMENT NEGOTIATIONS**
was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *July 28, 2011*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Katherine Bunker | kate.bunker@usdoj.gov |
| Joseph Caceres | jec@locs.com; generalbox@locs.com |
| Sandford Frey | Sfrey@cmkllp.com |
| Stuart I Koenig | Skoenig@cmkllp.com |
| Sandi M. Colabianchi | scolabianchi@gordonrees.com |
| Andrew A. Goodman | agoodman@goodmanfaith.com |
| Ira Benjamin Katz | ikatz@katzlaw.net |
| Charles Shamash | cs@locs.com; generalbox@locs.com |
| Valerie L. Smith | vsmith@gordonrees.com |
| United States Trustee | Jennifer.l.braun@usdoj.gov |

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒    Service information continued on attached page

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

## SERVICE VIA FIRST-CLASS MAIL

| **Office of the U.S. Trustee** | **Counsel for Debtor Chatsworth Industries, LP** |
|---|---|
| Katherine Bunker<br>Office of the U.S. Trustee<br>21051 Warner Center Lane, Ste. 115<br>Woodland Hills, CA  91367<br>Tel:     (818) 610-2376<br>Fax:    (818) 716-1576 | Joseph Caceres<br>Charles Shamash<br>Caceres & Shamash LLP<br>8200 Wilshire Blvd., Ste. 400<br>Los Angeles, CA  90211<br>Tel:     (310) 205-3400<br>Fax:    (310) 878-8308 |
| **Counsel for Jalmar Properties Inc.** | **Special Counsel for Debtor Chatsworth Industries, LP** |
| Traci S. Lagasse<br>Andrews Lagasse Branch & Bell LLP<br>11232 El Camino Real, Ste. 250<br>San Diego, CA  92130<br>Tel:     (858) 345-5080<br>Fax:    (858) 345-5072 | Sandford L. Frey<br>Stuart I. Koenig<br>Creim Macias Koenig & Frey LLP<br>633 West Fifth St., 51st Floor<br>Los Angeles, CA  90071<br>Tel:     (213) 614-1944<br>Fax:    (213) 614-1961 |

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

LNRP/1059446/10183515v.1